## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## AND APPLICATION FOR ARREST WARRANT

1. I, Doug Pearson, hereafter referred to as your Affiant, being duly sworn, depose and state that I am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and has been so employed since February 2014. I am authorized to make arrests for Federal crimes in my capacity as a TFO. As a TFO, I am primarily employed by the Aurora Police Department while being assigned to the Gang Intervention Unit and detailed to the ATF. I have been a Police Officer for the past 25 years and have been certified as a Peace Officer in both Colorado and Nevada. I have completed an extensive amount of training over my career, beginning with the police academy. I have been assigned the role of Detective or Investigator for the majority of my career and have written numerous search warrants while participating in both narcotics and firearms related investigations. I received a Bachelor's Degree from Colorado State University in 2013. I am currently assigned by the ATF to the Denver I Field Office. I work jointly with ATF Agents and sworn law enforcement officers of state and local agencies throughout the District of Colorado.

2. Your Affiant asserts that there is probable cause to believe that ANTHONY DANIELS, date of birth, February 29, 1968, has violated Title 18, United States Code, Section 922 (g)(1): Possession of a Firearm or Ammunition by a Convicted Felon. The statements set forth in this affidavit are based upon your Affiant's training and experience, consultation with other experienced investigators, agents, and other sources of information related to this and other firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and arrest warrant and does not purport to set forth all of your Affiant's knowledge regarding this investigation.

3. On November 29, 2016, at approximately 2312 hours, your Affiant and Aurora Police Officer VanDyke were on routine patrol in the area of E. Colfax Avenue and N. Galena Street, City of Aurora, County of Arapahoe, State of Colorado.

4. Your Affiant and Officer VanDyke ("Officers") were operating an unmarked Dodge mini-van equipped with emergency lights and sirens. Officers were wearing full Aurora Police Gang Unit Uniform, readily identifying themselves as Police Officers.

5. Officers observed an older model Chevrolet El Camino bearing Colorado License plate 085HPQ, displaying an expiration date of 2021, traveling East on Colfax Avenue. Officers observed the vehicle to have a grossly altered suspension, making the vehicle ride several inches above the factory suspension height. This vehicle was traveling East on Colfax and the altered suspension caused the vehicle to nearly bounce out of its lane when hitting the bumps in the roadway.

6. Officers conducted a routine check of the Colorado License plate with Colorado Department of Motor Vehicles, via the Mobile Data Terminal. The license plate check was conducted by Officer VanDyke, returning with no record in the system. Your Affiant then contacted the State of Colorado, Department of Motor Vehicles ("DMV") employee "J," employee number 57172. J works in the DMV Master Files department and conducted a secondary check of the Colorado License Plate 085HPQ. J advised your Affiant this license plate had no record in the DMV system.

7. Officers followed the vehicle to intersection of Havana Street and Del Mar Parkway and initiated a traffic stop. The vehicle stopped in the number two lane at which time Officers approached the vehicle and observed a sole male driver, later identified as ANTHONY DANIELS, occupying the vehicle. As Officers approached the vehicle on foot, the vehicle then abruptly moved forward a few feet. Your Affiant yelled out to DANIELS at which time DANIELS stopped and opened the driver's door. DANIELS began arguing with Officers and refused to obey commands to turn off the vehicle. DANIELS continued to argue with your Affiant at the driver's side door.

8. At this time, Officer VanDyke approached the passenger side of the vehicle and observed a handgun in between the driver's side and passenger side front seat. This handgun was within DANIELS' immediate grasp. Your Affiant ordered DANIELS to place his hands on his face at which time DANIELS hesitated to

obey commands and began looking around and refusing to obey specific commands as he moved his hands in front of his upper torso. DANIELS' behavior was abnormal and alarming.

9. Your Affiant feared DANIELS would attempt to grab the handgun and harm Officers. Your Affiant physically removed DANIELS from the open driver's side door and placed him on the ground. DANIELS was detained in handcuffs for officer safety purposes. DANIELS refused to identify himself as he was being patted down to ensure he had no other weapons on his person. Your Affiant located an ankle monitor on DANIELS' left ankle, indicating he was on some type of supervision including probation or parole.

10. DANIELS identified himself as a "Sovereign" and refused to fully identify himself stating that the Officers had no probable cause and were falsely kidnapping him by placing him in handcuffs. A wallet was located in DANIELS' pants pocket with a Chase Visa card bearing his name: ANTHONY D. DANIELS. Officer VanDyke conducted a check on this name in the Aurora Police records management system "PIMS." DANIELS was positively identified as ANTHONY DANIELS, DOB 02/29/68, including a prior booking photograph.

11. Officer VanDyke conducted a check in the CCIC/NCIC database and observed DANIELS to be on parole for a Colorado state law robbery conviction until June 14, 2017. Additionally, DANIELS is under a valid Mandatory Protection Order out of the 17th Judicial District, State of Colorado, case no. D0012009CR001918-005, listing a condition of Prohibited Possession or Purchase of a Firearm. This Mandatory Protection Order is valid until July 29, 2024.

12. Officer VanDyke then conducted a check in the Colorado Courts data base and found DANIELS to have the following prior Felony conviction: robbery (*Class 4 Felony*), Adams County District Court, Adams County, Colorado, case no. 2009CR1918, sentenced on July 29, 2013.

13. Your Affiant removed the firearm from the front seat of the vehicle. The firearm was found to be a Hi-Point Firearms, Model CF380, 380 ACP, bearing serial number P8098420. This firearm was loaded with eight live 9mm rounds in the magazine and one live 9mm round in the firearm's chamber.

14. Officers conducted a search of the vehicle identification number (VIN), IGCCW80H2CR182638, for the Chevrolet El Camino driven by DANIELS. This VIN was registered to a 1982 blue Chevrolet El Camino, having a valid temporary Colorado License plate of 020522V assigned, listing an expiration date of 12/2016. The Registered owner when the VIN query was conducted was found to be an ANTHONY DANIELS, listing an address in Denver, Colorado.

15. DANIELS was informed he was under arrest for Possession of a Weapon by Previous Offender. Your Affiant attempted to read DANIELS his *Miranda* rights. However, DANIELS refused to acknowledge his rights, again saying he was being falsely detained. DANIELS made several statements indicating he never relinquished his second amendment rights and had the right to be armed and protect himself.

16. DANIELS was booked into the Aurora City Jail after a notification was made to Colorado Department of Corrections personnel. DANIELS was charged with Possession of a Weapon by Previous Offender, Alteration of Suspension, Misuse of License Plates and violation of Mandatory Protection Order.

17. A "no-bond" was issued per Arapahoe County bond schedule as well as a Parole hold being requested.

18. A review of DANIELS's criminal history showed prior arrests for 2nd Degree Assault, Carrying a Concealed Weapon, Receive Stolen Property, Assault/Battery, Obstructing Police, Failing to Obey a Lawful Order, Disturbing the Peace, 1st Degree Sex Assault, 2nd Degree Kidnapping, Possession of a Weapon, and Aggravated Robbery.

19. Your Affiant spoke with ATF TFO Anderson who is a Colorado Department of Corrections ("CDOC") Parole Officer. TFO Anderson indicated the CDOC had DANIELS documented under the Security Threat group of "Tre Deuce Crip" who goes by the moniker "Slo."

20. On January 29, 2017, your Affiant spoke with ATF Special Agent Feltz. SA Feltz is certified as an interstate nexus expert relating to firearms identification. SA Feltz indicated the firearm seized from DANIELS, a Hi-Point Firearms, Model CF380, 380 ACP, bearing Serial number P8098420, was not manufactured in the state of Colorado, and therefore must have traveled interstate and affected interstate commerce prior to DANIELS possessing it on November 29, 2016.

21. On November 29, 2016, your Affiant inspected the aforementioned firearm. Your Affiant completed a function check on the handgun and the handgun functions as designed and fits the definition of a firearm under Title 18, United States Code, Section 921(a) (3): any weapon which will, or is designed to, or may readily be converted to expel a projectile by the action of an explosive.

22. Based on the aforementioned information, your Affiant believes probable cause exists that on or about November 29, 2016, in the State and District of Colorado, the defendant, ANTHONY DANIELS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

I, Douglas Pearson, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*/s/ Douglas Pearson*

Douglas Pearson, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Affidavit reviewed and submitted by Jason St. Julien, Assistant United States Attorney.**

Sworn to and subscribed before me this 26th day of January, 2017.

United States Magistrate Judge
District of Colorado