In The United States District Court
For The District of Colorado
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 JUN 15 AM 11: 15
JEFFREY P. COLWELL
CLERK
Anthony Daniels DEP. CLK

Case No. 17-cr-00047-RM
United States of America
Plaintiff vs
Anthony Daniels



# A PRIORI NOTICE OF APPOINTMENT OF PUBLIC MINISTER
## ~ For ~
## The united States of America
## 1789 A.D. as Amended 1791 A.D.

| | | |
|---|---|---|
| DENVER COUNTY ) | III | Declaration of Mission Statement |
| STATE OF COLORADO ) Scilicet | III | By Foreign Neutral under |
| united States of America ) | III | International Law and the |
| | III | Absolute Laws of the Living |
| | III | Father, YHWH. |

Know all men by these presents: Anthony-Deon: Daniels family hereby provides notice to the WORLD of his appointment of Public Minister on behalf of the Original Judicial venue and jurisdiction, The united States of America, A.D. 1789, as amended A.D. 1791.

The term "Public Minister" means: Public Ministers take rank among themselves; in each class, according to the dates of the official notification of the arrival at the tribunal.

(a) Public Minister is a representative of a Judicial Jurisdiction; a Public Minister is a representative of one judicial jurisdiction to a judicial jurisdiction of a foreign authority or power.

(b) Ministerial Power of Duty, are powers given for the good, not of the donee himself exclusively, or of the donee himself necessarily at all, but for the good of several parties, including or not including the donee also. They are so called because the donee of them is as a minister or servant in his exercise of them. The power and duty of the Public Minister rests upon the Law of nations as well as upon treaties, and the primary duty of the Public Minister is the protection of interest of his countrymen.

(c) Public Ministers' protection of interest of parties of judicial jurisdiction represented; Public ministers are bound to see that the laws of the jurisdiction of the unknown or foreign authority wherein they officiate are properly administered so as to protect the interest of their nationals, and their official character as Public Ministers must be taken as sufficient evidence of authority to perform all those acts that customarily are entrusted to Public Ministers for performance. The authority of a Public Minister to protect estate rights of his countrymen within his judicial jurisdiction from loss or waste is recognized by all civilized nations as inherent in the office of Public Minister under the accepted principles of international law, and the tribunals have consistently given recognition to the power of a Public Minister of a judicial jurisdiction foreign to the jurisdiction of Public Minister of

IN THE United States District Court
for THE District of Colorado

Case No. 17-cr-00047-R-m
United States of America vs Anthony Daniels

*A judicial jurisdiction foreign to the jurisdiction of the tribunal to assent or defend the property rights as well as the personal rights of his nationals irrespective of whether or not he has been accorded the right to represent them in tribunal by providence or treaty or otherwise. Even in the absence of specific authorization to act as the personal agent of his nationals, and in the absence of a treaty, a Public Minister talks recognized, has under the principles of international law the authority and the privilege to represent his fellow countrymen at the tribunals of state. A Public Minister is authorized to assert claims on behalf of his nationals, even where the claimants are unknown. However, he must have specific authority before he can obtain actual damages in proceed.*

*(i) Immunity of Public Ministers. The que tien tribunals have no jurisdiction over a foreign sovereign except where a foreign plenipotentiary is so declared by Pub. L. 94-583, 1976 Stat. 2891 (codified in Title 28 U.S.C. § 1330 et seq.) and Foreign Govt. (FG) Acts A.E. 1877, ch.3 (codified at 22 U.S.C. § 252). It is provided that whenever a writ or process of any kind or whatsoever is issued against or in behalf of the United States or any of its states to require or to cause any person, a minister of a foreign jurisdiction, or any minister or consular officer of such minister's domain or household or his goods or chattels, are in anywise served or touched, such writ or process shall be deemed void. It is also provided that whenever a writ or process is sued out in violation of this provision, every person by whom the same is obtained or prosecuted, whether as a party or by attorney or as solicitor, and every officer served in executing it, shall be deemed a violator of the laws of nations and a disturber of the public repose, shall be subject to the penalty provided by law. See Pub. L. 1948, ch.645, 62 Stat. 688 [codified at Title 18 U.S.C. § 112] and Pub. L. 1871, ch.22, § 17 Stat. 15. [codified in U.S.C. 42 § 1986].*

*inclusio unius est exclusio alterius*

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

*"Successors" is "special" for which presumption must yield to truth. The undersigned Trustee Affiant, according to the Appointment and Office aforesaid specially authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservation set out above as attests My Hand and Seal in Faithful Witness thereof, the same being entirely true, correct, certain, and complete, according to the principles of International Law and the Laws of the Kingdom and Commonwealth aforesaid, so help me Almighty Power of the Powers, YHWH.*



Case No 17-cr-00047-RM  In the United States District
united States of America  court for the District of
          vs                       Colorado
Anthony Daniels





# A PRIORI NOTICE OF
# APPOINTMENT OF PUBLIC MINISTER
## For
## The united States of America
## 1789 A.D. as Amended 1791 A.D.

**DENVER COUNTY**             )
STATE OF COLORADO   ) Scilicet
united States of America )

III     Declaration of Mission Statement
III     By Foreign Neutral under
III     International Law and the
III     Absolute Laws of the Living
III     Father, YHWH.

Know all men by these presents: **Anthony Deon Daniels** family hereby provides notice to the "WORLD" of the Appointment of Public Minister on behalf of the Original Judicial venue and jurisdiction, The united States of America A.D. 1789, as amended A.D. 1791.

The term "Public Minister" means: Public Ministers take rank among themselves; in each class, according to the dates of the official notification of the arrival at the tribunal.

(a) Public Minister is a representative of a Judicial Jurisdiction; a Public Minister is a representation of one judicial jurisdiction to a judicial jurisdiction of a foreign authority or power.

(b) Ministerial Power of Duty, are powers given for the good, not of the donee himself exclusively, or of the donee and a third party necessarily at all, but for the good of several parties, including or not including the donee also. They are so called because the donee of them is as a minister or servant in his exercise of them. The power and duty of the Public Minister rests upon the Law of nations as well as upon treaties, and the primary duty of the Public Minister is the protection of interest of his countrymen.

(c) Public Minister, protection of interest of parties of judicial jurisdiction represented, Public ministers are bound to see that the laws of the jurisdiction of the unknown or foreign authority wherein they officiate are properly administered so as to protect the interest of their nationals, and their official character as Public Ministers must be taken as sufficient evidence of authority to perform all those acts that customarily are entrusted to Public Ministers for performance. The authority of a Public Minister to protect estate rights of his countrymen within his judicial jurisdiction from loss or waste is recognized by all civilized nations as inherent in the office of Public Minister under the accepted principles of international law, and the tribunals have consistently given recognition to the power of a Public Minister of a judicial jurisdiction foreign to the jurisdiction of Public Minister of

United States of America

vs

Anthony, Daniels

A judicial jurisdiction foreign to the jurisdiction of the tribunal to assent or defend the property rights, as well as the personal rights of his nationals irrespective of whether or not he has been accorded the right to represent them in tribunal by provision or treaty or otherwise. Even in the absence of specific authorization to act as the personal agent of his nationals, and in the absence of a treaty, a Public Minister duly recognized, has under the principles of international law the authority and the privilege to represent his fellow countrymen in the tribunals of state. A Public Minister is authorized to assent claims on behalf of his nationals, even where the claimants are unknown. However, he must have specific authority before he can obtain actual restitution on proceeds.

(d) Immunity of Public Ministers; The rule that tribunals have no jurisdiction over a foreign sovereign extends also to its Public Ministers Public Law 94-583, Oct. 21, 1976 Stat. 2891 [codified in Title 28 U.S.C. § 1602 et seq.]; and Public Law 1970, I Stat. At L. 117, ch. 9 [codified in 22 U.S.C. § 252]; it is provided that whenever any writ or process is sued out or prosecuted by a person in any tribunal of the United States or of a judge or justice whereby the person of any Public Minister of a foreign jurisdiction, or any domestic or domestic servant of any such minister is arrested or imprisoned or his goods or chattels are detained, seized, or attached, such writ or process shall be deemed void. It is also provided that whenever a writ or process is used out in violation of this prohibition, every person by whom the same is obtained or prosecuted, whether as a Party or by attorney or as solicitor, and every officer served in executing it, shall be deemed a violation of the laws of nations and a disturber of the public repose, shall be subject to the penalty provided by law. See: Pub. L. 1948, ch. 645, 62 Stat. 688 [codified in Title 18 U.S.C. § 112] and Pub. L. 1871, ch. 22, § 17 Stat. 15.; [codified in U.S.C. 42 § 1986].

*Inclusio unius est exclusio alterius*

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

"Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservation set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely true, correct, certain, and complete, according to the principles of International Law and the Laws of the Kingdom and Commonwealth aforesaid, so help me Almighty Power of the Powers, YHWH.



CASE NO 17-cr-00047-RM      In the United States District Court
United States of America     For the District of Colorado
         vs
Anthony Daniels

## COLORADO SECRETARY OF STATE
Many services are available FREE online!
Please visit our website, www.sos.state.co.us, and select "Business".
Payment is required with request.

### REQUEST FOR BUSINESS ORGANIZATION SERVICES

Entity Name / Trademark _____
(Exact name to be researched)

Entity ID or Document Number (if known) _____

Date of Formation / Registration _____

Jurisdiction (if applicable) _____

Indicate standard of service requested   [ ] Regular   OR   [X] Expedite (add $10 to the regular fee)

**For $5.00:** Select one or more (up to 5) of the following. The total fee will be $5.00 for regular service or $15.00 for expedited service. If ordering more than five (5) items, the fee will be $25.00 ($35.00 for expedited service).

[ ] Certificate of Good Standing
[ ] Certificate of Fact of Incorporation, Existence, or Organization
[X] Certificate of Fact – other (indicate type): _____
    (Specify the fact to be certified in the certificate)
[ ] Certified copy, specific document(s)
    (For copies of all documents, see below)    (List specific document numbers)

**For $25.00:** Select one or more of the following plus any number of the above orders. The total fee will be $25.00 for regular service or $35.00 for expedited service.

[ ] Certificate of Good Standing – Long form
[ ] Certificate of Fact of No Record (purged history search required)
[X] Certified copies of all documents
[ ] Search of records not electronically accessible
    [ ] Rebuild record (Information will be added to the electronic records.)
    Supporting information: _____

**Apostilles** (No additional charge)

[X] Apostilles for the documents ordered above are requested for: Barbados
                                                                  (Country)

### REQUESTING PARTY

Name  Anthony-Deon:Daniels                    Phone _____
Address 32 Lansing St         City Aurora     State CO   ZIP 80010

[X] Mail   [ ] Pick up   Fed Ex/UPS Account Number _____
Prepaid Account Number _____   Job Number _____

CERTIFIED_ORDER                    Page 1 of 1                    Rev. 6/10/2011

CASE NO 17-cr-00047-RM  
United States of America  
vs.  
Anthony Daniels

IN the United States District Court  
for the District of Colorado

Primary duties are: Keep the Commandment Laws of the Living Father and, secondarily, perpetuate the Testator's Will and Living Trust, in violate.

Secondary duties include: Establish and maintain the "mission" and "mission post" for and on behalf of the "mission head" in representative capacity and provide for the maintenance and good order of the families, staff, and other public servants there unto belonging: with absolute respect for and utmost integrity of testator's Living Will and Trust, in abstentia.

"Domicile" is established by virtue of Chapter nineteen (19) verse five (5), the Book of Exodus, and legal estate thereof with absolute allegiance and fidelity, excluding all others.

Any and all family and friends domiciled with the Foreign Neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" aforesaid. Affiant-Trustee acknowledges that as Trustee and Individually, He/She is neither a citizen, nor a subject of the receiving state by imprescription and the term "imprescriptibility" is operative herein duly recognized in the cases of _Rabang v. I.N.S._ (CA9 1994), 35 F.3d 1449 @n4, of _United States vs. Wong Kim Ank_, 169 U.S. 649, 18 S.Ct. 456, 483, 42 L. Ed. 890 (1898), of _Udny vs. Udny_, L.R. 1 H.L. Sc. 457.

Trustee-Affiant is not a "Legal entity" created by, for, nor on behalf of any other person, group, association, nor corporation for political or commercial purpose and is not a surety therefore, nor assumes culpability on behalf as "civiliter mortuus," to the receiving state aforesaid.

### _Inclusio unius est exclusio alterius_
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

"Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially, authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservations above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely True, correct, certain, and complete, according to the Laws of the Kingdom and Commonwealth aforesaid, so help me Almighty Power of Powers.

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, change d' affaires, and other correspondences appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of Trustee-Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose."

Done so this 25 day of July A.D. 2011

Foreign Neutral: _[signature]_

1

Case No 17-cr-00047-RM
In The United States District Court
For the District of Colorado

United States of America
vs plaintiff

Anthony Daniles
Defendant

*Apostille;*
*Verification of Authentication*

---

State of Colorado ) 
                      ) Scilicet
Denver County )

I, _____, Secretary of State for the State of
_____, hereby attest the authentication of the Notary Public's signature above and affix the Seal of My Official authority for making such acknowledgement, this _____ day of _____, 2011 A.D.

_____
Secretary of State

1700 Broadway- Suite 200
Denver, Colorado
[80290]

After verification return to:
Name Anthony-Deon: Daniels
Address 32 Lansing Street
City Aurora  State Colorado
Zip [80010]

Case No 17-cr-00047-RM
United States of America
Plaintiff vs Anthony Daniels

In The United States District Court
For the District Colorado

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, charge d'affaires, and other correspondence appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of the Trustee's—Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" or "purpose".

| | In the Book of: | Chapter: | Verse: |
|---|---|---|---|
| | II Corinthians | 13 | 1 |
| | Matthew | 13 | 16 |
| | Hebrews | 10 | 28 |
| As they quote the Book of: | Deuteronomy | 17 | 6 |
| | Deuteronomy | 19 | 15 |

"In the mouth of two or three witnesses shall every word be established."

_____  _____  _____  _____
Witness signature        Day                    Month                  Year

_____  _____  _____  _____
Witness signature        Day                    Month                  Year

_____  _____  _____  _____
Witness signature        Day                    Month                  Year

### Acknowledgement

I, _Anthony-Deon: Daniels_ sui juris, affirm and acknowledge in the interest of justice, that the foregoing is true, correct, and complete, and not meant to mislead, signed under penalty of law, of the Almighty Power of Powers, YHWH, by My Hand and Seal.

SIGNED AND SWORN To By Me this _____ day of _____ A.D. 20___.

Without Prejudice
L.S. _Anthony-Deon: Daniels_
Official Authorization and Private Seal.
_Anthony-Deon: Daniels_ Public Minister
SUBSCRIBED and AFFIRMED before Me, a Notary Public residing
In _Arapahoe_ County, The State of _Colorado_.
The above Signatory with His affixed Signature hereto, represented by Attorney in Fact
_Anthony-Deon: Daniels_ the _14_ day of _Sept_,
A.D. 20_11_.

_____
Notary Public Signature
My Commission Expires: _2/10/14_

Notary Seal:
DANIEL SUK
Notary Public
State of Colorado

Case No 17-cr-00047-RM  
United States of America  
plantiff  

vs.  

Anthony Daniels  

IN THE United States District  
Court for THE District of  
Colorado

## IN THE KINGDOM OF THE POWER OF POWERS
## ON THE SOIL IN AMERICA

| | | | |
|---|---|---|---|
| DENVER COUNTY | ) | III | |
| COLORADO STATE | ) Scilicet | III | Declaration of Mission Statement |
| united State of America | ) | III | by Foreign Neutral under the |
| | | III | Absolute Laws of the Living |
| | | III | Father |
| | | III | |
| | | III | |

### KNOW THE PEOPLE BY THESE PRESENTS, GREETINGS:

**KNOW ALL MEN BY THESE PRESENTS:** Under the authority of Declaration, for The Trust Written and Recorded at Chapter 9 verse 15 through 21, and at Chapter 8, verses 7 through 13, Book of the Hebrews, the undersigned Anthony-Deon: Daniels Affiant, Declarant, and Trustee of said Total Trust, accepts and succeeds the appointment and Office of "Trustee" Droit Droit Dominium Jura in re, as "Foreign Neutral", therefore the Kingdom of the Power of Powers, sending state, for the United States of America and territories or insular possession, receiving state, as a Neutral In itinere, ab initio 2-29-68 recognized by the receiving state under authority To Wit:

- The Ancient Scriptures.
- The 1814 Treaty of Ghent.
- The Convention of the Hage, 5th October, 1961.
- Vienna Convention, 18th April, 1961, U.N.T.S. Nos. 7310-7312 vol. 500, pp. 95-239.
- The Ordinance of the Territory North and West of the River Ohio, 1 Stat, 51, 52 July 13th, 1787.
- International Organization Immunities Act, 9th December, 1945
- The Vienna Convention on the Law of Treaties-United Nations Document A/Conference 39/27 (1969), 63 A.J.I.L. 875 (1969) at Article 2, §§ I (a), (b) and (g), and Article II for "Limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189.
- The Convention on Rights and Duties of States, 49 Sat. 3097, T.S. 881, 165 L.N.T.S. 19, 3 Bevars 145, done at Montevido Uruguay.
- 26 December, 1934 @ Article 2-3 id est. "sovereign ecclesiastical State."
- Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions, concluded 5th October, 1961, #11, et. Seq., Conflict of Law (1993).
- Vienna Convention on Consular Relations and Optional Protocols, Vienna 24th April, 1963, U.N.T.S. Numbers 8638-8640 vol. 596, pp. 262-512.
- Vienna Convention on the Laws of Treaties, signed at Vienna 23rd May, 1969, U.N.T.S., Entry into Force: January, 1980.

1

CASE NO 17-cr-00047-RM  
United States of America

In the united states District court  
For the District of Colorado

V

Anthony Daniels

L.S. **Anthony-Deon: Daniels**
Authorized and Private Seal:
*Anthony-Deon: Daniels* Trustee, but not Individually
32 Lansing Street
Aurora, [80010]
Colorado Republic

---

In the Book of 2 Corinthians, Chapter 13, verse 1:
"In the mouth of two or three witnesses shall every word be established."

---

UCC 1-207 Aaron-Lee Coleman / 13th / 10th / 2011
Witness signature / Day / Month / Year

Job Hamla UCC 1-107 / 13th / 10 / 2011
Witness signature / Day / Month / Year

_____
Witness signature / Day / Month / Year

---

*Acknowledgement*

Subscribed and Affirmed before Me, a Notary Public residing in ___Arapahoe___ County, The State of Colorado. The above Signatory *Anthony-Deon: Daniels*© appeared, known by Me and identified himself, affixed His Signature hereto, the __14__ day of ___September___, A.D. 2011.

_____
Notary Public Signature:
My Commission Expires __2/10/14__

DANIEL SUK
Notary Public
State of Colorado

Notary Seal

In confirmation thereof: L.S. **Anthony-Deon: Daniels©**
*Anthony-Deon: Daniels*
Trustee, but not Individually

In THE united states District court
For THE District of colorado
CASE NO 17-cr-00047-RM
United states of America
vs
Anthony Daniels

*A judicial jurisdiction foreign to the jurisdiction of the tribunal to assent or defend the property rights as well as the personal rights of his nationals irrespective of whether or not he has been accorded the right to represent them in tribunal by provision or treaty or otherwise. Even in the absence of specific authorization to act as the personal agent of his nationals, and in the absence of a treaty, a Public Minister duly recognized, has under the principles of international law the authority and the privilege to represent his fellow countrymen in the tribunals of state. A Public Minister is authorized to assent claims on behalf of his nationals, even where the claimants are unknown. However, he must have specific authority before he can obtain actual restitution or proceeds.*

*(d) Immunities of Public Ministers: The rule that tribunals have no jurisdiction over a foreign sovereign extends also to its Public Ministers Public Law 94-583, Oct. 21, 1976 Stat. 2891 [codified in Title 28 U.S.C. § 1602 et seq.], and Public Law 1970, 1 Stat. At L. 117, ch.9 [codified in 22 U.S.C. § 252]; it is provided that whenever any writ or process is sued out or prosecuted by a person in any tribunal of the United States or of a judge or justice whereby the person of any Public Minister of a foreign jurisdiction, or any domestic or domestic servant of any such minister is arrested or imprisoned or his goods or chattels are detained, seized, or attached, such writ or process shall be deemed void. It is also provided that whenever a writ or process is sued out in violation of this prohibition, every person by whom the same is obtained or prosecuted, whether as a Party or by attorney or as solicitor, and every officer served in executing it, shall be deemed a violator of the laws of nations and a disturber of the public repose, shall be subject to the penalty provided by law. See: Pub. L. 1948, ch.645, 62 Stat. 688 [codified in Title 18 U.S.C. § 112] and Pub. L. 1811, ch.22, § 17 Stat. 15, [codified in U.S.C. 42 § 1986].*

*Inclusio unius est exclusio alterius*

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

*"Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservation set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely true, correct, certain, and complete, according to the principles of International Law and the Laws of the Kingdom and Commonwealth aforesaid, so help me Almighty Power of the Powers, YHWH.*



CASE NO 17-cr-00017-RM
United States of America
vs.
Anthony Daniels

In The United States Court
For the District of Colorado

# COLORADO SECRETARY OF STATE
Many services are available FREE online!
Please visit our website, www.sos.state.co.us, and select "Business".
Payment is required with request.

## REQUEST FOR BUSINESS ORGANIZATION SERVICES

Entity Name / Trademark _____
*(Exact name to be researched)*

Entity ID or Document Number (if known) _____

Date of Formation / Registration _____

Jurisdiction (if applicable) _____

Indicate standard of service requested  ☐ Regular  OR  ☒ Expedite (add $10 to the regular fee)

**For $5.00:** Select one or more (up to 5) of the following. The total fee will be $5.00 for regular service or $15.00 for expedited service. If ordering more than five (5) items, the fee will be $25.00 ($35.00 for expedited service).

☐ Certificate of Good Standing
☐ Certificate of Fact of Incorporation, Existence, or Organization
☐ Certificate of Fact – other (indicate type): _____
   *(Specify the fact to be certified in the certificate)*
☐ Certified copy, specific document(s) _____
   *(For copies of all documents, see below)*  *(List specific document numbers)*

**For $25.00:** Select one or more of the following plus any number of the above orders. The total fee will be $25.00 for regular service or $35.00 for expedited service.

☐ Certificate of Good Standing – Long form
☐ Certificate of Fact of No Record (purged history search required)
☒ Certified copies of all documents
☐ Search of records not electronically accessible
   ☐ Rebuild record *(Information will be added to the electronic records.)*
   Supporting information: _____

**Apostilles** (No additional charge)

☒ Apostilles for the documents ordered above are requested for: Barbados
   *(Country)*

## REQUESTING PARTY

Name: Anthony-Deon:Daniels    Phone: _____
Address: 32 Lansing St    City: Aurora    State: CO    ZIP: 80010

☒ Mail    ☐ Pick up    Fed Ex/UPS Account Number _____
Prepaid Account Number _____    Job Number _____

CERTIFIED_ORDER    Page 1 of 1    Rev. 6/10/2011

CASE NO 17-cr-00017-RM  IN THE United States District Court
United States of America  FOR THE District of Colorado
vs
Anthony Daniels

Primary duties are: Keep the Commandment Laws of the Living Father and, secondarily, perpetuate the Testator's Will and Living Trust, in violate.

Secondary duties include: Establish and maintain the "mission" and "mission post" for and on behalf of the "mission head" in representative capacity and provide for the maintenance and good order of the families, staff, and other public servants there unto belonging: with absolute respect for and utmost integrity of testator's Living Will and Trust, in abstentia.

"Domicile" is established by virtue of Chapter nineteen (19) verse five (5), the Book of Exodus, and legal estate thereof with absolute allegiance and fidelity, excluding all others.

Any and all family and friends domiciled with the Foreign Neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" aforesaid. Affiant-Trustee acknowledges that as Trustee and Individually, He/She is neither a citizen, nor a subject of the receiving state by imprescription and the term "imprescriptibility" is operative herein duly recognized in the cases of <u>Rabang v. I.N.S.</u> (CA9 1994), 35 F.3d 1449 @n4, of <u>United States vs. Wong Kim Ank</u>, 169 U.S. 649, 18 S.Ct. 456, 483, 42 L. Ed. 890 (1898), of <u>Udny vs. Udny</u>, L.R. 1 H.L. Sc. 457.

Trustee-Affiant is not a "Legal entity" created by, for, nor on behalf of any other person, group, association, nor corporation for political or commercial purpose and is not a surety therefore, nor assumes culpability on behalf as "civiliter mortuus," to the receiving state aforesaid.

<u>Inclusio unius est exclusio alterius</u>
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

"Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially, authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservations above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely True, correct, certain, and complete, according to the Laws of the Kingdom and Commonwealth aforesaid, so help me Almighty Power of Powers.

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, change d' affaires, and other correspondences appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of Trustee-Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose."

Done so this 25 day of July A.D. 2011

Foreign Neutral: _____

Case No 17-cr-00047-RM  
United States of America  
vs  
Anthony Daniels

In The United States District Court for the District of Colorado

*Apostille;*
*Verification of Authentication*

---

State of Colorado )
                  ) *Scilicet*
Denver County    )

I, _____, Secretary of State for the State of
_____, hereby attest the authentication of the Notary
Public's signature above and affix the Seal of My Official authority for making such
acknowledgement, this _____ day of _____, 2011 A.D.

_____
Secretary of State

1700 Broadway- Suite 200
Denver, Colorado
[80290]

*After verification return to:*
Name _Anthony-Deon: Daniels_
Address _32 Lansing Street_
City _Aurora_  State _Colorado_
              Zip _[80010]_

CASE NO 17-cr-00047-RM  IN THE United States District court
United States of America  For the District of Colorado
vs
Anthony Daniels

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, charge d'affaires, and other correspondence appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of the Trustee's—Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" or "purpose".

|  | In the Book of: | II Corinthians Chapter: | 13 Verse: | 1 |
|---|---|---|---|---|
|  |  | Matthew | 13 | 16 |
|  |  | Hebrews | 10 | 28 |
| As they quote the Book of: |  | Deuteronomy | 17 | 6 |
|  |  | Deuteronomy | 19 | 15 |

"In the mouth of two or three witnesses shall every word be established."

_____  _____  _____  _____
Witness signature          Day     Month   Year

_____  _____  _____  _____
Witness signature          Day     Month   Year

_____  _____  _____  _____
Witness signature          Day     Month   Year

### Acknowledgement

I, _Anthony-Deon: Daniels_ sui juris, affirm and acknowledge in the interest of justice, that the foregoing is true, correct, and complete, and not meant to mislead, signed under penalty of law, of the Almighty Power of Powers, YHWH, by My Hand and Seal.

SIGNED AND SWORN To By Me this _____ day of _____ A.D. 20___.

Without Prejudice
L.S. _Anthony-Deon: Daniels_
Official Authorization and Private Seal:
_Anthony-Deon: Daniels_ Public Minister
SUBSCRIBED and AFFIRMED before Me, a Notary Public residing
In _Arapahoe_ County, The State of _Colorado_.
The above Signatory with His affixed Signature hereto, represented by Attorney in Fact
_Anthony-Deon: Daniels_ the _14_ day of _Sept_,
A.D. 20_11_.

_____
Notary Public Signature
My Commission Expires: _2/10/14_

Notary Seal:
DANIEL SUK
Notary Public
State of Colorado