IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                         JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: June 30, 2017 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO. 17-cr-00047-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| 1. ANTHONY DANIELS, | Robert Pepin |
| Defendant. | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**
**COURT IN SESSION:** 11:25 a.m.
Appearances of counsel. Defendant is present and in custody.

Discussion held regarding an Old Chief stipulation and length of trial.

Mr. Pepin makes statements regarding requests made by the defendant as to Government's fiduciary duties and contacting foreign consul. The requests are denied by the Court as stated on the record.

Discussion held regarding jury selection process, voir dire, trial procedures, sequestration of witnesses, jury instructions, and the forfeiture allegation.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:** 12:00 p.m.
**Total in court time:** 00:35
**Hearing concluded**