To The Honorable Ronald Moore,
On July 12, 2017 In the afternoon when we the Jury were in deliberation ▮▮▮▮▮▮▮▮▮▮ stated, when trying to make a point, she asked her husband on July 11, 2017 in the evening when at her home: "if his gun in their safe was loaded with one bullet in the chamber?" She then said, her husband then responded with, "No, never! Why?"
I feel this to be a disregaurd for Your instruction and rules. I felt she was talking about the case. Thank You for Your time

17-cr-00047-RM
USA v. Daniels