17-cr-00047-RM  USA v. Daniels

During the time that you are in Judge Arguello's room waiting for me to discuss matters with other jurors, do not discuss the case or what took place in my questioning of you.

[signature]