# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 17-cr-00047-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANTHONY DANIELS,

      Defendant.

---

## VERDICT FORM

---

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, Anthony Daniels:

_____ Not Guilty

___✓___ Guilty

of the offense charged in the indictment.

Dated this __13__ day of __JULY__, 2017.

_____
PRESIDING JUROR