FROM: 44149013
TO: Daniels, Ashleigh; Daniels, Elijah; Vigil, Veni...
SUBJECT: Human Rights
DATE: 08/03/2017 08:55:15 AM

*FILED*
*UNITED STATES DISTRICT COURT*
*DENVER, COLORADO*
*AUG 28 2017*
*JEFFREY P. COLWELL*
*CLERK*

In the United States District Court
For the District of Colorado

Case No. 17-cr-0004-RM

United States of America
Plaintiff

Anthony Daniels Defendant

August 3, 2017

To Whom It May Concern,

I am Moorish American being currently detained in the United States at a Federal Detention Center awaiting sentence, convicted by a jury of 11 (Non Muslims nor anyone I could recognize as my peers)! I am currently in Littleton, Colorado, in need of foreign counsel for I am "foreign" neutral and lawfully a public minister. I asked for foreign counsel and was denied!

I am in need also of a copy of the United Nations Authority Body of the Charter on Human Rights as well as a copy of the Geneva Convention on Warfare. Under the Federal Statute known as Title 18 U.S. Code section 922 (g); I have been incarcerated for almost a year which violates my second amendment right of the Constitution "which grants" no state or government agency shall infringe upon those liberties. This violates the Universal Declaration of Human rights. Article 1 through 30! If you can send any information regarding pardon, or restoring me back to my status; as a living flesh and blood free man "Postliminy". I will sincerely appreciate it!

Again, I am not receiving ineffective assistance of counsel by their courts, and do appreciate any assistance towards this matter. In responding to this letter, Please address your response prior to my sentencing date of October 11, 2017, in addition, please address your response as legal mail on the envelope, so the mail would not be opened. Also I would like to know who do I contact when our Human Rights have been violated? What court will hear my human rights violations? I have been persecuted due to assertion of my inalienable rights under the Human Rights Statute.

Respectfully pray and Thank You,

Anthony-Deon: Daniels

Venita Vigil
10700 E Dartmouth Ave PP309
Denver Colo 80014

DENVER CO 802
24 AUG 2017 PM 7 L

Judge Raymond P moore
Att. Clerk of Court
US District Court House
901 19th Street
Denver Colo 86294-3584

80294-250151