IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00047-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY DANIELS,

       Defendant.
_____

**DEFENDANT'S NOTICE OF APPEAL**
_____

       Defendant, Anthony Daniels, through appointed counsel, Robert W. Pepin, and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment and Commitment Order that was entered on October 12, 2017.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Robert W. Pepin
       ROBERT W. PEPIN
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Robert_Pepin@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I electronically filed the foregoing ***Notice of Appeal*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jason A. St. Julien, Assistant United States Attorney
E-mail:  Jason.St.Julien@usdoj.gov

Peter A. McNeilly, Assistant United States Attorney
E-mail:  Peter.McNeilly@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Anthony Daniels (*via U.S. Mail*)
Register No. 44149-013
c/o FCI – Florence

                                                   s/ Robert W. Pepin
                                                   ROBERT W. PEPIN
                                                   Assistant Federal Public Defender
                                                 633 17th Street, Suite 1000
                                                 Denver, CO  80202
                                                 Telephone:  (303) 294-7002
                                                 FAX:  (303) 294-1192
                                                 Robert_Pepin@fd.org
                                                 Attorney for Defendant