In The united District court
for the District of colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2018 MAR -1 PM 1:08
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Case No. 17-cr-00047

United States of America

Plaintiff

v

Anthony Daniles

Trust Registration Statement

need to be file ~~in~~ with Federal court

because ~~be in the federal p is~~ the case

is with federal courts


2018024851
Page: 1 of 2
03/01/2018 11:56 AM   R $18.00   D $0.00
City & County of Denver   TST

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO

MAR 0 1 2018

☐ District Court  ☑ Denver Probate Court
_____ County, Colorado
Court Address: Denver Probate Court
1437 Bannock Street, Rm 230
CO 80202

In the Matter of the Trust created by:

Settlor: Anthony D Daniels

Attorney or Party Without Attorney (Name and Address):
Vanita Visil 10700 2 Dartmouth pp309

Phone Number: 720   E-mail:
FAX Number: 4681   Atty. Reg.#:

▲ COURT USE ONLY ▲

FILED IN PROBATE COURT
CITY & COUNTY OF DENVER, CO
FEB 08 2018

Case Number: 17-cr00047 Rm
-#17-1380-142-68-032065
Registration Number:
18PR0032
Division:   Courtroom:

## TRUST REGISTRATION STATEMENT

Amended

### Important Notice

The Court will not routinely review or adjudicate matters unless it is specifically requested to do so by a beneficiary, creditor, or other interested person. All interested persons, including beneficiaries and creditors, have the responsibility to protect their own rights and interests in the estate or trust in the manner provided by the provisions of this code by filing an appropriate pleading with the Court by which the estate or trust is being administered and serving it on all interested persons pursuant to §15-10-401, C.R.S.

1. **Information about the Trustee:**
   Name: Anthony Deon Daniels
   Address: 10700 2 Dartmouth Ave PP309
   City: Denver   State: Co   Zip Code: 80014
   Email Address: _____   Work Phone #: 7202714681

2. The records of this Trust are kept at the principal place of administration, which is in Denver Co _____ (City/County) at the following address:
   10700 2 Dartmouth Ave pp309 Denver Co

3. **This Trust**
   ☐ has not been registered elsewhere.
   ☑ has been registered previously on Mar 5 1968 (date) with the Dallas County Courthou (name of Court) in the State of Dallas Texas pursuant to §15-16-102(3), C.R.S.

4. **This is**
   ☐ a Testamentary Trust established by the Will of _____

which Will was admitted to probate on _____ (date), in _____ (name of Court) in the State of _____ in case number: _____ .

☑ an *Inter Vivos* Trust established by Anthony D Daniels (name of Settlor) dated Jan. 18. 2001 The original Trustee is: Anthony Daniels - Vanitavijii

5. If multiple trusts are registered on this date, provide additional identifying information:
_____

The undersigned trustee acknowledges the existence of this Trust and submits to the jurisdiction of this Court in any proceeding relating to this Trust. Within 30 days of registration, the Trustee represents that the Trustee shall comply with §15-16-303(2), C.R.S.

☑ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form. (Checking this box requires you to remove JDF number and copyright at the bottom of the form.)

Date: Jan. 18. 2018                    _____
                                        Signature of Trustee

---

## INFORMATION OF TRUST REGISTRATION

It is not necessary that the Information portion of this form be completed on the copy of the Statement filed with the Court.

To:
_____        _____
_____        _____
_____        _____
_____        _____

You are a beneficiary with a present interest or you represent a beneficiary with a future interest, in the Trust(s) described in the above Trust Registration Statement.

The name of the Trust(s) is/are: ANTHONY DEON DANIELS

Upon reasonable request, you are entitled to information about this Trust and its administration pursuant to §15-16-303, C.R.S.

Date: _____                    _____
                                          Signature of Trustee

**Note:**
♦ File this Registration Statement in the County where the Trust is being administered pursuant to §15-16-101(1), C.R.S. For further requirements, see §15-11-901, C.R.S. and §15-16-101, C.R.S. and Colorado Rules of Probate Procedure Rule 8.6.
♦ The requirements of §15-16-303(2), C.R.S. may be satisfied by mailing a copy of this statement to entitled persons. See also §15-10-403, C.R.S.