IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

APR 20 2018

JEF... ....

Case No(s). 17-cr-00047-RM; 17-380

FILED
UNITED STATES DISTRICT COURT

APR 20 2018

JEF... ....
CLERK

ANTHONY DEON DANIELS,
Sui Juris,

v.

UNITED STATES OF AMERICA,
Respondent.

## BILL OF EQUITY

RE:  Assignment of Authority

As a Private Moorish American and Foreign National, and as the real party of interest, hereby present, Notice of Interest - (Grantee), perfect assignment and perfect conveyance, and claim title ownership of the authenticated birth certificate and represented hereby. Being my estate, I hereby convey to this court, case no. 17-cr-000470RM; 17-380 and MJ01015-KLM into the trust for **EXTINGUISHMENT!** Furthermore, I hereby order a show of cause as why this matter should not be extinguished!

Being of Private American National Status, and my trust, and as the Grantor of this trust, I reserve the right to act as agent, not as trustee, and as beneficiary entitled to receive the benefits of this trust! As **"cestui que trust"** asserting "cestui que rights," and enforcing equitable rights, I hereby demand an extinguishment and full accounting. I, the beneficiary of the [**cestui que trust**] authorize you to **set-off this constructive trust** [debt] - case no. 17-cr-00047-RM; 17-380.

Furthermore, I request this court to provide the information and identity of the party who is holding the security that was created from the court bonds [cusip number] committee on uniform securities identification process. Moreover, this is a demand for information on the securities sold by the court.

Furthermore, I hereby order this court to take the following action:

1) Immediately obtain recoupment on property interest and legal titles listed above.

2) Immediately place the property interest and legal titles listed herein into a special deposit for the [Name of Trust].

**Page 1 of 2**

3) Properly manage said assets of the trust.

4) Immediately provide the beneficiary [Anthony Deon Daniels], a full accounting of the assets in the trust and the value thereof.

5) Immediately make arrangements with your accounting department to pay the debts beneficiary upon receipt.

6) Immediately advise [Anthony Deon Daniels], to whom and where to send debts for payment.

7) Upon receipt of bills, invoices, and other evidences for debt; immediately discharge said debts of trust as well as the debts of beneficiary past, present, and future by discharge on the public side and **set-off** on the **private side,** whenever they are sent to you.

8) Specifically discharge, settle, and close [Itemized court case]; and make arrangements with the court for the release of the beneficiary [**Anthony Deon Daniels**].

9) Discharge any court case in which the trust/corporation solely is named or shall be named in the future, to obtain settlement, closure and dismissal.

10) Do whatever is necessary to accomplish the above specified instructions.

11) Do whatever else the agent/beneficiary instructs you to do.

At this time it is the trustee's specific duty to settle and close the above captioned court case and make arrangements with the court for the release of beneficiary [**Anthony Deon Daniels**].

I now claim my body and I collapse the [CQT] **cestui que trust,** as there is no value in it. In closing, I hereby authorize and demend **postliminium.**

_____, Agent
Anthony Deon Daniels, #44149-013
Federal Correctional Institution
P.O. Box 6000
Florence, Colorado 81226-6000

MALINDA DOCKINS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024026290
COMMISSION EXPIRES MAR. 1, 2020

ANTHONY Daniels #44149-013
FEDRAL CORRECTIONS INSTITUTION
FCI FLORENCE MEDIUM
PO BOX 6000
FLORENCE,,Colorado

DENVER CO 802

18 APR 2018 PM 3 L

USA FOREVER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
ATTN:CLERK OF COURT

901- 19th Street
Room A 105
Denver, Colorado 80291

80294-250099