

2016014451
Page: 1 of 8
02/05/2016 12:41 PM   R $41.00   D $0.00
City & County of Denver        MIS

*In the United States District Court*
*For the District of Colorado*

*Case No. 17-CR-00047-*

*United States of America*
*Plaintiff*

*vs*

*Anthony Daniels*
*Defendant*



# A PRIORI NOTICE OF APPOINTMENT OF PUBLIC MINISTER

## For

## The united States of America
## 1789 A.D. as Amended 1791 A.D.

| | | |
|---|---|---|
| DENVER COUNTY ) | III | Declaration of Mission Statement |
| STATE OF COLORADO ) Scilicet | III | By Foreign Neutral under |
| united States of America ) | III | International Law and the |
| | III | Absolute Laws of the Living |
| | III | Father, YHWH |

Know all men by these presents: *Anthony-Deon: Daniels* family hereby provides notice to the WORLD of his appointment of Public Minister on behalf of the Original Judicial venue and jurisdiction, The united States of America, A.D. 1789, as amended A.D. 1791.

The term "Public Minister" means: Public Ministers take rank among themselves; in each class, according to the dates of the official notification of the arrival at the tribunal:

(a) Public Minister is a representative of a Judicial Jurisdiction; a Public Minister is a representative of one judicial jurisdiction to a judicial jurisdiction of a foreign authority or power.

(b) Ministerial Power of Duty; are powers given for the good, not of the donee himself exclusively, or of the donee himself necessarily at all, but for the good of several parties, including or not including the donee also. They are so called because the donee of them is as a minister or servant in his exercise of them. The power and duty of the Public Minister rests upon the Law of nations as well as upon treaties, and the primary duty of the Public Minister is the protection of interest of his countrymen.

(c) Public Ministers' protection of interest of parties of judicial jurisdiction represented; Public ministers are bound to see that the laws of the jurisdiction of the unknown or foreign authority wherein they officiate are properly administered so as to protect the interest of their nationals; and their official character as Public Ministers must be taken as sufficient evidence of authority to perform all those acts that customarily are entrusted to Public Ministers for performance. The authority of a Public Minister to protect estate rights of his countrymen within his judicial jurisdiction from loss or waste is recognized by all civilized nations as inherent in the office of Public Minister under the accepted principles of international law, and the tribunals have consistently given recognition to the power of a Public Minister of a judicial jurisdiction foreign to the jurisdiction of Public Minister of

Primary duties are: Keep the Commandment Laws of the Living Father and, secondarily, perpetuate the Testator's Will and Living Trust, in violate.

Secondary duties include: Establish and maintain the "mission" and "mission post" for and on behalf of the "mission head" in representative capacity and provide for the maintenance and good order of the families, staff, and other public servants there unto belonging: with absolute respect for and utmost integrity of testator's Living Will and Trust, in abstentia.

"Domicile" is established by virtue of Chapter nineteen (19) verse five (5), the Book of Exodus, and legal estate thereof with absolute allegiance and fidelity, excluding all others.

Any and all family and friends domiciled with the Foreign Neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" aforesaid. Affiant-Trustee acknowledges that as Trustee and Individually, He/She is neither a citizen, nor a subject of the receiving state by imprescription and the term "imprescriptibility" is operative herein duly recognized in the cases of _Rabang v. I.N.S._ (CA9 1994), 35 F.3d 1449 @n4, of _United States vs. Wong Kim Ank_, 169 U.S. 649, 18 S.Ct. 456, 483, 42 L. Ed. 890 (1898), of _Udny vs. Udny_, L.R. 1 H.L. Sc. 457.

Trustee-Affiant is not a "Legal entity" created by, for, nor on behalf of any other person, group, association, nor corporation for political or commercial purpose and is not a surety therefore, nor assumes culpability on behalf as "civiliter mortuus," to the receiving state aforesaid.

## _Inclusio unius est exclusio alterius_
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially, authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservations above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely True, correct, certain, and complete, according to the Laws of the Kingdom and Commonwealth aforesaid, so help me Almighty Power of Powers.

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, change d' affaires, and other correspondences appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of Trustee-Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose."

Done so this 25 day of July A.D. 2011

Foreign Neutral: _[signature]_

## IN THE KINGDOM OF THE POWER OF POWERS
## ON THE SOIL IN AMERICA

| | | | |
|---|---|---|---|
| DENVER COUNTY | ) | III | |
| COLORADO STATE | ) Scilicet | III | Declaration of Mission Statement |
| united State of America | ) | III | by Foreign Neutral under the |
| | | III | Absolute Laws of the Living |
| | | III | Father |
| | | III | |
| | | III | |

### KNOW THE PEOPLE BY THESE PRESENTS, GREETINGS:

**KNOW ALL MEN BY THESE PRESENTS:** Under the authority of Declaration, for The Trust Written and Recorded at Chapter ⁿ verse 15 through 21, and at Chapter 8, verses 7 through 13, Book of the Hebrews, the undersigned _Anthony-Deon: Daniels_ Affiant, Declarant, and Trustee of said Total Trust, accepts and succeeds the appointment and Office of "Trustee", Droit Droit Dominium Jura in re, as "Foreign Neutral", therefore the Kingdom of the Power of Powers, sending state, for the United States of America and territories or insular possession, receiving state, as a Neutral    In itinere, ab initic _2 - 29 - 68_ recognized by the receiving state under authority To Wit:

- The Ancient Scriptures.
- The 1814 Treaty of Ghent.
- The Convention of the Hage, 5ᵗʰ October, 1961.
- Vienna Convention, 18ᵗʰ April, 1961, U.N.T.S. Nos. 7310-7312 vol. 500, pp. 95-239.
- The Ordinance of the Territory North and West of the River Ohio, 1 Stat, 51, 52 July 13ᵗʰ, 1787.
- International Organization Immunities Act, 9ᵗʰ December, 1945
- The Vienna Convention on the Law of Treaties-United Nations Document A/Conference 39/27 (1969), 63 A.J.I.L. 875 (1969) at Article 2, §§ I (a), (b) and (g), and Article II for "Limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189.
- The Convention on Rights and Duties of States, 49 Stat. 3097, T.S. 881, 165 L.N.T.S. 19, 3 Bevans 145, done at Montevido Uruguay.
- 26 December, 1934 @ Article 2-3 id est. "sovereign ecclesiastical State."
- Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions, concluded 5ᵗʰ October, 1961, #11, et. Seq., Conflict of Law (1993).
- Vienna Convention on Consular Relations and Optional Protocols, Vienna 24ᵗʰ April, 1963, U.N.T.S. Numbers 8638-8640 vol. 596, pp. 262-512.
- Vienna Convention on the Laws of Treaties, signed at Vienna 23ʳᵈ May, 1969, U.N.T.S., Entry into Force: January, 1980.

L.S. Anthony-Deon: Daniels
   Authorized and Private Seal:
Anthony-Deon: Daniels Trustee, but not Individually
32 Lansing Street
Aurora, [80010]
Colorado Republic

---

In the Book of 2 Corinthians, Chapter 13, verse 1:
"In the mouth of two or three witnesses shall every word be established."

| UCC 1-207 Aaron-Lee: Coleman w/pwy | 13th | 10th | 2011 |
|---|---|---|---|
| Witness signature | Day | Month | Year |
| Jo.b Hunter UCC 1-207 | 13th | 10 | 2011 |
| Witness signature | Day | Month | Year |
|  |  |  |  |
| Witness signature | Day | Month | Year |

---

### Acknowledgement

Subscribed and Affirmed before Me, a Notary Public residing in __Arapahoe__ County, The State of Colorado. The above Signatory __Anthony-Deon: Daniels__© appeared, known by Me and identified himself, affixed His Signature hereto, the __14__ day of __September__, A.D. 2011.

[Notary Signature]

DANIEL SUK
Notary Public
State of Colorado

Notary Public Signature:            Notary Seal
My Commission Expires __2/10/14__

In confirmation thereof: L.S. Anthony-Deon: Daniels©
Anthony-Deon: Daniels
Trustee, but not Individually