
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 JUN 29 PM 2: 39

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

**After Recording Return to:**

Anthony-Deon:Daniels
c/o 11560 County RD FF. 75
Las Animas CO [81054-9573]

## NOTICE

## DECLARATION & CERTIFICATE OF SOVEREIGN STATUS

   This Declaration Certifies that Anthony-Deon:Daniels        ,
sui juris, is a born-free human male, a mortal man with sentient and
moral existence, being a Native-born Sovereign American by birth-
right and by Law, and do claim all absolute, unalienable, imprescri-
ptable, Fundamental Rights, privileges, Immunities and Protections,
as guaranteed, protected and secured by the original parent compact
(organic) The Constitution of the united States of America(1787) as
amended (1791) by the Bill of Rights  Articles I thru X, " The
Declaration of Human Rights " §§ 1 thru 32.
   Further, it is Certified herein that pursuant to the Foreign
Sovereign Immunities Act of October 21st, 1976 [H.H. 11315] Public
Law 94-583, 94th Congress, 90 Statutes at Large § I R.S. 1999,
Title 8 U.S.C. Sec. 1481 is still in force and effect today. See
Briehl v. Dulles, 248 F.2d 561, 563 @n. 21, among others.
   Further, the aforementioned Sovereign American Non-Incorporated,
Statutorily Incapicitated, Statue Immune, Tax Immune, Tax-Exempt,
EXEMPT from LEVY and **claims Diplomatic** Immunity and Sovereign
Immunity, 'ab initio' from 'ad infinitum'    2/29/1968        C.E.,
'ad infinitum.'
   This Sovereign Status is Foreign to and not subject to by the
status of " **Statue Staple**," "Chattel Property", "Citizen", "Resident",
"Subject", "Person," "Whoever", "Taxpayer", and/or any other titles
under Statutes, Rules, Regulations, Policies, Common usages of the Corporate
United States, the Corporate United States of America, the Corporate State of
Colorado, and/or **any** other Corporate Governmental body whatsoever, **without a
valid contract.**
   Furthermore, This Sovereign American makes explicit reservation of all rights
pursuant to the Uniform Commercial Code ( UCC) § 1-207, without the United States
as defined in State or Federal Statutes.

# FORMAL SOVEREIGN OATH OF RENUNCIATION

I, ___Anthony-Deon:Daniels_____,sui juris, Sovereign having first hand knowledge of the facts as the facts have been made known to me hereby and herein freely **RENOUNCE** all allegiance to the Foreign Venue and Jurisdiction of and within the United States(**washington DC**). I do freely give of this Formal Renunciation being of sound mind and having with me the power of the Sovereign by GOD ALMIGHTY to make of my own volition this oath by Formal Declaration.

In accord with the provisions set forth in Title 8 U.S.C. Sec. 1481, this Sovereign **DECLARES** that all **OFFICERS, AGENTS, EMPLOYEES, ACTORS**, or otherwise **OFFICIALS** of the United States those being bound to obey the Laws and Statutes prescribed therin are **BOUND** to take **NOTICE** of this **FORMAL OATH OF RENUNCIATION**. As well, the aforementioned **ACTORS, AGENTS, OFFICERS, EMPLOYEES**, and/ or other **OFFICIALS** of the United States Government Bound by the Laws Statues Acts and provisions of the Same Constitution that require the aforementioned entities to uphold that Constitution shall not infringe Upon Ignore Disregard or otherwise find no substance and/ or standing this Formal Oath of Renunciation by Declaration.

Pursuant to Title 8 of the United States Code Services and the Laws as they have been enumerated in the **HOLY SCRIPTURES** I ___Anthony-Deon:Daniels_____,sui juris, do **DECLARE** that no man can infringe upon this Sovereigns Rights to renounce allegiance to any Foreign Government Tryrannical Power, King, Foreign Nation or other Alien Dominion.

I, ___Anthony-Deon:Daniels_____, **sui juris**, being a born free man upon the soil of the Americas do not intend to abrogate any **Immunity** or **Personal Right** and **no thing** herein shall be construed todo so. These **Personal Rights** are by and from GOD Almighty and any infringement upon these Rights of this Sovereign sui juris shall be deemed a **blatant** disregard of those **Entitled Rights to life, liberty and harm from life or limb**.

I, ___Anthony-Deon:Daniels_____,sui juris, herein and here-from **DECLARE** that being a Free man of GOD am not nor will not give this body, Mind Spirt, nor Soul to any **Nation** as defined by Government or body politic. This Sovereign Man herein **DECLARES** that no Law other than those that are for the peace and dignity of Self Preservation, Freedom, and the Rights to Liberty shall govern this Sovereign.

They have refused to pass other Laws for the accommodation of large districts of People/unless those People would relinquish the Right of representation in the legislature/a Right inestimitable to them and formidable to tyrants only.

They have called together legislative bodies at places unusual and uncomfortable/and have used procedural maneuvers to obstruct the administration of justice/for the sole purpose of fatiguing them into compliance with their measures.

They have repeatedly refused to obey the Constitution of the united States of America/the Supreme Law of the Land.

They have endeavored to prevent the population of these states; for the purpose of imposing unconstitutional laws for naturalization of foreigners/and raising the conditions of new appropriations of lands.

They have obstructed the administration of justice, by refusing to obey laws already established in our Constitution; by refusing to following due process of Law and by ignoring lawful challenges to their authority and presuming authority in all cases whatsoever.

They have combined with others to subject us to a jurisdiction foreign to our Constitution/and acknowledged by our Laws/giving assent to their acts of pretended de facto legislation:

For imposing taxes on us/foreign to our Constitution/without our consent;

For transporting us into foreign jurisdictions to be tried for pretended offenses;

For abolishing the free system of Republican state Laws in a federal territory/establishing therein a legislative democracy/and enlarging its boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these united States of America;

For Taking away our charters/abolishing our most valuable Laws/and altering fundamentally the forms of our governments;

For suspending our legislatures/and declaring themselves invested with power to legislate for us in all cases whatsoever.

They have conspired to force us under emergency war powers during times of peace/and in direct violation of the Constitution of the united States of America/the Supreme Law of the Land.

They have conspired to elevate one class of professional/that of attorneys/to rule over all three Branches of Government/prohibiting ordinary Americans from accessing the Common Law which belongs to all free Americans.

They have abdicated government here/by declaring us out of their protection and waging war with us.

In every stage of these oppressions we have petitioned for redress in the most humble terms. Our repeated petitions have been answered only by repeated injury/and as of late/been accused of being terrorist/for redressing these injuries.

Nor have we been wanting in attentions to our fellow Americans. We have warned them from time to time of attempts their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the fundamental principles underlying our Laws. We have shown them the many violations of our Constitution/the Supreme Law of the Land/by the Corporate U.S. Government. We have appealed to their native justice and magnanimity/and we have pleaded with them by the ties of our common heritage as free born Americans to disavow these usurpations/which/would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of truth/justice/freedom and our common heritage. I must/therefore/acquiesce in the necessary/which denounces our separation:

I  Anthony-Deon:Daniels            of the Daniels            family/do hereby re-declare principles on which the united States of America was founded. I declare my support for the Organic Constitution of the united States of America and the Organic Constitutions for each Union State. I recognize American Laws as they were originally established to protect and secure our God given Natural Rights. I am not a terrorist/ an anarchist/ nor do I desire lawlessness. I re-declare My commitment to live by Yah's laws and American Common law/ and to only permit our government to exist while it diligently obeys our highest Laws.

I  Anthony-Deon:Daniels            of the Daniels            family/a representative of the American People of the united States of America/appealing to the supreme Judge of the World for the rectitude of my intentions/ do / in the name/ and by the authority of the American People and myself/solemnly publish and declare/that Anthony-Deon:Daniels            is /and of Rights/a free and independent inhabitant of the American Republic; that Anthony-Deon:Daniels   , is absolved from all allegiance to the United States legislative democracy federal corporate government/the corporate States/Counties/Townships/ and any and all non-constitutional government or non-government organization/and any of their agencies or representatives/including without limitation/the foreign United Nations/is and ought to be totally dissolved/to save our inherent Sovereignty; and as a free and independent American inhabitant/I have the full power to determine how I will live – without damage to my neighbors.

Further/for the support of this Declaration/with a firm reliance on the protection of Divine Providence/I pledge my Life/Fortune and my Sacred Honor/to the Republic of the several and free Union States of America.

**"But His delight is in the Law of Yahweh, and His Law He meditates day and night."**
                                                    **Psalm 1:2**

*Given under My Own Hand and Seal on this* 31 *day of* Oct *, in the Two Thousand and* eleven *year of Our Elohim/anno Domni.*


Anthony- Deon: Daniels
Anthony-Deon:Daniels            Agent
*Secured Party/Creditor*
*Sovereign American, Sui Juris*                    Seal:


SUBSCRIBED and AFFIRMED and known to Me, a NOTARY PUBLIC residing in Arapahoe County, The State of Colorado, this 31 day of Oct , 2011 A.D.

Irina Ivushkina.
*NOTARY PUBLIC signature*                    Seal:
*My Commission expires:* 11/18/13 .

IRINA IVUSHKINA
Notary Public
State of Colorado

*DECLARATION OF INDEPENDENCE*
*Page 3 of 3*

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: <u>United States of America</u>
   Pays | País:

This public document Le présent acte public | El presente documento público

2. has been signed by
   a été signé par | ha sido firmado por
   <u>Jan Crespo</u>

3. acting in the capacity of
   agissant en qualité de | quien actúa en calidad de
   <u>Notary Public, State of Colorado</u>

4. bears the seal / stamp of
   est revêtu du sceau / timbre de | y está revestido del sello / timbre de
   <u>Jan Crespo, Notary Public State of Colorado</u>

**Certified** Attesté | Certificado

5. at <u>Denver, Colorado</u>
   à | en

6. the <u>29th day of June, 2018</u>
   le | el día

7. by <u>Wayne W. Williams, Secretary of State of the State of Colorado</u>
   par | por

8. Number <u>1372408757</u>
   sous n° | bajo el número

9. Seal / stamp
   Sceau / timbre / Sello / timbre

10. Signature: *Wayne W. Williams*
    Signature | Firma



06/29/2018 12:55 PM
City & County of Denver
R $18.00
CTF
Page: 1 of 2
D $0.00

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears. This Apostille does not certify the content of the document for which it was issued. This Apostille is not valid for use anywhere within the United States of America, its territories or possessions. To verify the issuance of this Apostille, see: www.sos.state.co.us/auth

**This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the Convention. In such cases, the certificate should be presented to the consular section of the mission representing the country.**

------------------------------------------------------------------------------------------------

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu. Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise. Cette Apostille n'est pas valide pour utilisation aux États-Unis d'Amérique, ses territoires ou ses possessions. L'émission de cette Apostille peut être vérifiée à l'adresse suivante: www.sos.state.co.us/auth

**Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961 lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté à la section consulaire de la mission qui représente ce pays.**

------------------------------------------------------------------------------------------------

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido. Esta Apostilla no certifica el contenido del documento para el cual se expidió. No es válido el uso de esta Apostilla en los Estados Unidos de América, sus territorios o posesiones. La emisión de esta Apostilla se puede verificar en la dirección siguiente: www.sos.state.co.us/auth

**Este certificado no constituye una Apostilla en virtud del Convenio de La Haya de 5 de octubre de 1961 cuando se presenta en un país que no es parte del Convenio. En estos casos, el certificado debe ser presentado a la sección consular de la misión que representa a ese país.**

## COPY CERTIFICATION

State of _Colorado_

County of _Denver_ } ss.

On this the _29_ day of _June_ _2018_, I certify that the attached
  Day            Month        Year
or preceding document of _10_ pages is a true, exact, complete and unaltered copy of

_Appointment of Public Minister_
Description of Original Document

presented to me by

_Venita L. Viail_
Original Document's Custodian on Above Date

and that, to the best of my knowledge, the original document is neither a public record nor a publicly recordable instrument, certified copies of which are available from an official source other than a Notary Public.

– OR –

☐ an official notarial record in my possession.

_____, Notary Public
Signature of Notary Public

_Jan Crespo_     _07/06/202_
Notary's Name Printed/Typed    Appointment
                                Expiration Date

JAN CRESPO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164025583
MY COMMISSION EXPIRES JULY 06, 2020

Place Notary Seal/Stamp Above

━━━━━━━━ OPTIONAL ━━━━━━━━
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Further Description of Attached Document**

Address Where Original Is Kept: _____

Original Document Date: _____

Signer(s) or Issuing Agency: _____ Copy Kept by Notary? ☐ Yes ☐ No

**Capacity Claimed by Custodian**
☐ Individual
☐ Corporate Officer — Title: _____
☐ University or School Officer — Title: _____
☐ Governmental Officer or Agent — Title: _____
☐ Business Proprietor or Manager
☐ Attorney
☐ Trustee
☐ Other: _____
Custodian Is Representing: _____

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #15922







# A PRIORI NOTICE OF
## APPOINTMENT OF PUBLIC MINISTER
### For
### The united States of America
### 1789 A.D. as Amended 1791 A.D.



| DENVER COUNTY ) | | III | Declaration of Mission Statement |
| STATE OF COLORADO ) Scilicet | | III | by Foreign Neutral under |
| united States of America ) | | III | International Law and the |
| | | III | Absolute Laws of the Living |
| | | III | Father, YHWH. |



Know all men by these presents: Anthony-Deon: Daniels, family hereby provides notice to the WORLD of his appointment of Public Minister on behalf of the Original Judicial venue and jurisdiction, The united States of America, A.D. 1789, as amended A.D. 1791.

The term "Public Minister" means: Public Ministers take rank among themselves; in each class, according to the dates of the official notification of the arrival at the tribunal.

(a) Public Minister is a representative of a Judicial jurisdiction; a Public Minister is a representative of one judicial jurisdiction to a judicial jurisdiction of a foreign authority or power.

(b) Ministerial Power of Duty are powers given for the good, not of the donee himself exclusively, or of the donee himself necessarily at all, but for the good of several parties, including or not including the donee also. They are so called because the donee of them is as a minister or servant in his exercise of them. The power and duty of the Public Minister rests upon the Law of nations as well as upon treaties, and the primary duty of the Public Minister is the protection of interest of his countrymen.

(c) Public Ministers' protection of interest of parties of judicial jurisdiction represented; Public ministers are bound to see that the laws of the jurisdiction of the unknown or foreign authority wherein they officiate are properly administered so as to protect the interest of their nationals, and their official character as Public Ministers must be taken as sufficient evidence of authority to perform all those acts that customarily are entrusted to Public Ministers for performance. The authority of a Public Minister to protect estate rights of his countrymen within his judicial jurisdiction from loss or waste is recognized by all civilized nations as inherent in the office of Public Minister under the accepted principles of international law, and the tribunals have constantly given recognition to the power of a Public Minister of a judicial jurisdiction foreign to the jurisdiction of Public Minister of



# A PRIORI NOTICE OF
# APPOINTMENT OF PUBLIC MINISTER
## for
### The united States of America
### 1789 A.D. as Amended 1791 A.D.





DENVER COUNTY )        III       *Declaration of Mission Statement*
STATE OF COLORADO ) Sealed    III       *by Foreign Minister under*
united States of America )      III       *International Law and the*
                                III       *Absolute Laws of the Living*
                                III       *Father YHWH*

*Know all men by these presents, this open NOTICE fulfills a treaty which provides notice to the WORLD of the appointment of Public Minister on behalf of the Original judicial venue and jurisdiction, The united States of America, A.D. 1789, as Amended 1791 A.D.*

*The term "Public Minister" mean: Public Ministers rank, as amongst themselves, in each class, according to the dates of the official notification of the arrival in the country.*

*(a) Public Minister is a representative of a Political jurisdiction; a Public Minister is a representation of one judicial jurisdiction to a judicial jurisdiction of a foreign authority or power.*

*(b) Minister of Foreign Affairs, represents abroad the case, not of the sovereign himself exclusively, or of the country, but of the State, ... the interests of himself and others, including or not including the foreign ... the interest of the governed, in those of ... it is a manager of tenants or his interest of them. The principal duty of the Public Minister rests upon the state of nations as well as upon treaties, and the principal duty of the Public Minister is the protection of interest of his countrymen.*

*(c) Public Minister; protection of interest of foreign and political jurisdiction represented. Public ministers are bound to use best efforts to ... the interest of sovereign or foreign nationals whom the officials represent ... the Public Ministers ... of their nationals; and their official character as Public Minister must be seen accepted ... citizens of authority to perform official acts from and out of ... entities to Public Minister in performance. The authority of a Public Minister be derived as sovereign of the State ... the public government from laws or which is recognized by all foreign Sovereigns, as invested in the office of Public Minister under the accepted principles of international law, who not otherwise have extended a direct recognition to the power of a Public Minister of a judicial jurisdiction foreign to the jurisdiction of Public Minister of*




# A PRIORI NOTICE OF
# APPOINTMENT OF PUBLIC MINISTER
## For
## The united States of America
## 1789 A.D. as Amended 1791 A.D.

| | | |
|---|---|---|
| DENVER COUNTY ) | III | Declaration of Mission Statement |
| STATE OF COLORADO ) Scilicet | III | by Foreign Power under |
| united States of America ) | III | International Law and the |
| | III | Absolute Laws of the Living |
| | III | Father, YHWH. |

Know all men by these presents: _Anthony-Denes Daniels_, family hereby provides notice to the WORLD of his appointment of Public Minister on behalf of the Original judicial venue and jurisdiction, The united States of America, A.D. 1789, as amended A.D. 1791.

The term "Public Minister" means: Public Ministers take rank among themselves; in each class, according to the dates of the official notification of the arrival at the tribunal:

(a) Public Minister is a representative of a Judicial Jurisdiction; a Public Minister is a representative of one judicial jurisdiction to a judicial jurisdiction of a foreign authority or power.

(b) Ministerial Power of Duty: are powers given for the good, not of the donee himself exclusively, or of the donee usually necessarily at all but for the good of several parties, including or not including the donee also. They are so called because the donee of them is as a minister or servant in his exercise of them. The power and duty of the Public Minister rests upon the Law of nations as well as upon treaties, and the primary duty of the Public Minister is the protection of interest of his countrymen.

(c) Public Ministers' protection of interest of parties of judicial jurisdiction represented; Public ministers are bound to see that the laws of the jurisdiction of the unknown or foreign authority wherein they officiate are properly administered so as to protect the interest of their nationals, and their official character as Public Ministers must be taken as sufficient evidence of authority to perform all those acts that customarily are entrusted to Public Ministers for performance. The authority of a Public Minister to protect estate rights of his countrymen within his judicial jurisdiction from loss or waste is recognized by all civilized nations as inherent in the office of Public Minister under the accepted principles of international law, and the tribunals have consistently given recognition to the power of a Public Minister of a judicial jurisdiction foreign to the jurisdiction of Public Minister of

*Primary duties are: Keep the Commandment Laws of the Living Father and, secondarily, perpetuate the Testator's Will and Living Trust, in violate.*

*Secondary duties include: Establish and maintain the "mission" and "mission post" for and on behalf of the "mission head" in representative capacity and provide for the maintenance and good order of the families, staff, and other public servants there unto belonging: with absolute respect for and utmost integrity of testator's Living Will and Trust, in abstentia.*

*"Domicile" is established by virtue of Chapter nineteen (19) verse five (5), the Book of Exodus, and legal estate thereof with absolute allegiance and fidelity, excluding all others.*

*Any and all family and friends domiciled with the Foreign Neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" aforesaid. Affiant-Trustee acknowledges that as Trustee and Individually, He/She is neither a citizen, nor a subject of the receiving state by imprescription and the term "imprescriptibility" is operative herein duly recognized in the cases of Rabang v. I.N.S. (CA9 1994), 35 F.3d 1449 @n4, of United States vs. Wong Kim Ank, 169 U.S. 649, 18 S.Ct. 456, 483, 42 L. Ed. 890 (1898), of Udny vs. Udny, L.R. 1 H.L. Sc. 457.*

*Trustee-Affiant is not a "Legal entity" created by, for, nor on behalf of any other person, group, association, nor corporation for political or commercial purpose and is not a surety therefore, nor assumes culpability on behalf as "civiliter mortuus," to the receiving state aforesaid.*

### *Inclusio unius est exclusio alterius*
## *NOTICE TO PRINCIPAL IS NOTICE TO AGENT*
## *NOTICE TO AGENT IS NOTICE TO PRINCIPAL*

*Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially, authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservations above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely True, correct, certain, and complete, according to the Laws of the Kingdom and Commonwealth aforesaid, so help me Almighty Power of Powers.*

*The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, change d' affaires, and other correspondences appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of Trustee-Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose."*

*Done so this __25__ day of ___July___ A.D. 2011*

*Foreign Neutral:* _____

## IN THE KINGDOM OF THE POWER OF POWERS
## ON THE SOIL IN AMERICA

DENVER COUNTY    )    III

COLORADO STATE    ) Scilicet  III    Declaration of Mission Statement

united State of America  )    III    by Foreign Neutral under the

                                III    Absolute Laws of the Living

                                III                Father

                                III

## KNOW THE PEOPLE BY THESE PRESENTS, GREETINGS:

### KNOW ALL MEN BY THESE PRESENTS: Under the authority of
Declaration, for The Trust Written and Recorded at Chapter ᵒ verse 15 through 13, and at Chapter 8, verses 7 through 13, Book of the Hebrews, the undersigned _Anthony-Deon: Daniels_ Affiant, Declarant, and Trustee of said Total Trust, accepts and succeess the appointment and Office of "Trustee", Droit Droit Dominium Jura in re, as "Foreign Neutral", therefore the Kingdom of the Power of Powers, sending state, for the United States of America and territories or insular possession, receiving state, as a Neutral    In itinere, ab initio _2 - 29 - 68_ recognized by the receiving state under authority To Wit :

- The Ancient Scriptures.
- The 1814 Treaty of Ghent.
- The Convention of the Hage, 5ᵗʰ October, 1961.
- Vienna Convention, 18ᵗʰ April, 1961, U.N.T.S. Nos. 7310-7312 vol. 500, pp. 95-239.
- The Ordinace of the Territory North and West of the River Ohio, 1 Stat, 51, 52 July 13ᵗʰ, 1787.
- International Organization Immunities Act, 9ᵗʰ December, 1945
- The Vienna Convention on the Law of Treaties-United Nations Document A/Conference 39/27 (1959), 63 A.J.I.L. 875 (1969) at Article 2, §§ I (a), (b) and (g), and Article II for "Limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189.
- The Convention on Rights and Duties of States, 49 Sat. 3097, T.S. 881, 165 C.N.T.S. 19, 3 Bevans 145, done at Montevido Uruguay.
- 26 December, 1934 @ Article 2-3 id est. "sovereign ecclesiastical State."
- Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions, concluded 5ᵗʰ October, 1961, #11, et. Seq., Conflict of Law (1993).
- Vienna Convention on Consular Relations and Optional Protocols, Vienna 24ᵗʰ April, 1963, U.N.T.S. Numbers 8638-8640 vol. 596, pp. 262-512.
- Vienna Convention on the Laws of Treaties, signed at Vienna 23ʳᵈ May, 1969, U.N.T.S., Entry into Force : January, 1980.

*L.S.* Anthony-Deon: Daniels

  Authorized and Private Seal:

  Anthony-Deon: Daniels *Trustee, but not Individually*
  32 Lansing Street
  Aurora, [80010]
  *Colorado Republic*

---

*In the Book of 2 Corinthians, Chapter 13, verse 1:*
*"In the mouth of two or three witnesses shall every word be established."*

---

UCC 1-207 Aaron-Lee: Colemy w/ my        13ᵗʰ        10ᵗʰ                2011
Witness signature                         Day         Month              Year

Bob Hunter UCC 1-207                       13ᵗʰ        10                 2011
Witness signature                         Day         Month              Year

_____                   _____     _____            _____
Witness signature                         Day         Month              Year

---

*Acknowledgement*

*Subscribed and Affirmed before Me, a Notary Public residing in* ___Arapahoe___ *County,*
*The State of Colorado. The above Signatory* Anthony-Deon: Daniels © *appeared,*
*known by Me and identified himself, affixed His Signature hereto, the* __14__ *day of*
___September___, *A.D. 2011.*

DANIEL SUK
Notary Public
State of Colorado

*Notary Public Signature:*
*My Commission Expires* __2/10/14__          *Notary Seal:*

*In confirmation thereof:* L.S. Anthony-Deon: Daniels ©

  Anthony-Deon: Daniels
  _____
  *Trustee, but not Individually*

  _____
  _____

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, charge d'affaires, and other correspondence appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of the Trustee's—Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" or "purpose".

| | In the _Book of:_ | II Corinthians | _Chapter:_ | 13 | _Verse:_ | 1 |
|---|---|---|---|---|---|---|
| | | Matthew | | 13 | | 16 |
| | | Hebrews | | 10 | | 28 |
| _As they quote the Book of:_ | | Deuteronomy | | 17 | | 6 |
| | | Deuteronomy | | 19 | | 15 |

_"In the mouth of two or three witnesses shall every word be established."_

_____  _____  _____  _____
Witness signature                      Day              Month                         Year

_____  _____  _____  _____
Witness signature                      Day              Month                         Year

_____  _____  _____  _____
Witness signature                      Day              Month                         Year

### _Acknowledgement_

I, _Anthony-Deon: Daniels_ sui juris, affirm and acknowledge in the interest of justice, that the foregoing is true, correct, and complete, and not meant to mislead, signed under penalty of law, of the Almighty Power of Powers, YHWH, by My Hand and Seal:

SIGNED AND SWORN To By Me this _____ day of _____ A.D. 20___.

Without Prejudice
L.S. _Anthony - Deon: Daniels_

Official Authorization and Private Seal:
_Anthony-Deon: Daniels_ Public Minister
SUBSCRIBED and AFFIRMED before Me, a Notary Public residing
In ___Arapahoe___ County, The State of ___Colorado___
The above Signatory with His affixed Signature hereto, represented by Attorney in Fact
_Anthony-Deon: Daniels_ the _14_ day of _Sept_ _____
A.D. 20_11_.

_____
Notary Public Signature
My Commission Expires: _____ _2/10/14_

Notary Seal

DANIEL SUK
Notary Public
State of Colorado

I, Anthony-Deon:Daniels, Sui Juris, do **DECLARE** that the Laws of the Common man being of the Common Law shall govern me and those Laws that are equitable and of good faith shall govern me and I do not recognize any other form of Politic other than that of the **Republic** which is for the people and by the People those being Sovereign, not Citizens of a Foreign Government (Washington D.C.)

This is in law, **LAWFUL PUBLIC NOTICE** of my status, <u>Nunc Pro Tunc</u>, superseding and replacing any and all previous alledged or other such filing of some records.


## NOTICE

Let no thing in this formal oath of renunciation be construed as to be an act of expatriation or renunciation of american nationality. This oath is for the explicit purpose of renouncing United States Citizenship (That Jurisdiction of and within Washington D.C)


## NOTICE TO RESPOND

If within Ten(10) days filing of this document out of necessity, as a Public Record The State Of Colorado and any concerned or interested parties or parties it has been served upon.this document having **not** provided verifable Lawful evidence to the contrary of these declarations, on a point-by-point basis, under the penalty of perjury, having firsthand Knowledge, as cited; the Foregoing Facts and **TRUTHS** declared **SHALL** stand as prima Facie and ultimate, being undisputed, and **failure** to **respond** by silent acquiescence **SHALL BE DEEMED** The State Of Colorado and all concerned or interested parties or parties that it has been served upon, of the world Expresses Affirmation(s) to all declared with document are true, as affirmed, and that I enjoy Complete, absolute diplomatic Immunity and Sovereign Immunity.


NOTICE TO PRINCIPAL IS NOTICE TO AGENT

AND

NOTICE TO AGENT IS NOTICE TO PRINCIPAL


Page 3   Declaration & Certificate of Sovereign Status