In Common Law Administrative Procedures and Remedies
to the Constitution of the united States of America
of Turtle Island of <u>Colorado</u> State Republic
Amendment VII "Suits in Common Law"

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 29 2019**

**JEFFREY P. COLWELL**
**CLERK**

2019035778
Page: 1 of 23
D $0.00
ODR
R $123.00
03/28/2019 03:37 PM
City & County of Denver

From:   Anthony-deon: Daniels EL
        10700 E. Dartmouth Ave. PP309
        Denver, Colorado State Republic [80014]
    c/o FCI Englewood Prison
        B.O.P. # 44149-013
        9595 West Quincy Avenue
        Littleton, Colorado State Republic [80123]

Case No. 1:17-cr-00047-RM-1, 17-1380

To:    THE CLERK, ELISABETH A. SHUMAKER

       and/or Assignee/Assignor,

       OFFICE OF THE CLERK OF THE ADMIRALTY

       UNITED STATES DISTRICT COURT FOR THE

       DISTRICT OF COLORADO

       901 19th Street, Room A105

       Denver, Colorado State Republic [80294-3589]

Declaration and Demand for
Issuance of a Common Law
Writ of Execution, Letter
of Request By Public Minister

I, *Anthony-deon: Family of Daniels* In propria persona, Sui juris, the <u>Living Flesh</u>
and <u>Blood</u> <u>Man</u> <u>Upon</u> the <u>Earth</u>, a <u>Independent Private Republic</u> <u>Citizen</u>, a <u>Private</u> <u>Moorish</u>
<u>American</u> as a <u>Public</u> <u>Minister</u> <u>Appointed</u> by the <u>Colorado</u> State Republic, with <u>FULL</u> <u>Aposti-</u>
<u>lle</u> <u>Authentication</u>, <u>Under</u> the <u>Act</u> of <u>State</u> (Doctrine), with <u>FULL</u> <u>FAITH</u> and <u>CREDIT</u> <u>CLAUSE</u>
of the <u>united</u> <u>States</u> of <u>America</u> <u>Constitution</u> (Art. IV, Sec. I), hereby <u>ACCEPT</u> and <u>DECLARE</u>
<u>My</u> <u>Appointment</u> as a <u>Public</u> <u>Minister</u> as of <u>June 29, 2018 A.D.</u> (See Attachment).

<u>By</u> and <u>Through</u> <u>My</u> <u>Appointment</u> on behalf of <u>My</u> <u>Countrymen/women</u> with <u>FULL</u> <u>Authority</u>
granted to <u>Me</u>, *Anthony-deon: Daniels-El* , I <u>ORDER</u> and <u>DEMAND</u> that you, *Provost*
*Marshall* , are hereby <u>NOTICED</u> to <u>RELEASE</u> *Anthony-deon: Daniels-El*
*Chandler-allen: Ingersoll Stormy-bob: Green* , _____ from
your <u>Private</u> <u>Corporate</u> <u>Debtor(s)</u> <u>Prison</u> <u>IMMEDIATELY</u>, or be <u>Held</u> <u>Liable</u> through <u>DIRECT</u>
<u>NOTICE</u> to the <u>Convention</u> of the <u>Hage</u>, October 5, 1961 A.D. due to the <u>Diplomatic Immuni-</u>
<u>ties</u> to the above listed here within this <u>Writ of Execution</u> and the <u>Authorities within</u>.

Claire

Amber

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: __United States of America__
   Pays | País:

This public document   Le présent acte public | El presente documento público

2. has been signed by   __Jan Crespo__
   a été signé par | ha sido firmado por

3. acting in the capacity of   __Notary Public, State of Colorado__
   agissant en qualité de | quien actúa en calidad de

4. bears the seal / stamp of   __Jan Crespo, Notary Public State of Colorado__
   est revêtu du sceau / timbre de | y está revestido del sello / timbre de

## Certified   Attesté | Certificado

5. at   __Denver, Colorado__       6. the   __29th day of June, 2018__
   à | en                              le | el día

7. by   __Wayne W. Williams, Secretary of State of the State of Colorado__
   par | por

8. Number   __1372408757__
   sous n° | bajo el número

9. Seal / stamp
   Sceau / timbre | Sello / timbre



10. Signature: _____
    Signature | Firma



This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears. This Apostille does not certify the content of the document for which it was issued. This Apostille is not valid for use anywhere within the United States of America, its territories or possessions. To verify the issuance of this Apostille, see: www.sos.state.co.us/auth

**This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the Convention. In such cases, the certificate should be presented to the consular section of the mission representing the country.**

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu. Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise. Cette Apostille n'est pas valide pour utilisation aux États-Unis d'Amérique, ses territoires ou ses possessions. L'émission de cette Apostille peut être vérifiée à l'adresse suivante: www.sos.state.co.us/auth

**Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961 lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté à la section consulaire de la mission qui représente ce pays.**

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido. Esta Apostilla no certifica el contenido del documento para el cual se expidió. No es válido el uso de esta Apostilla en los Estados Unidos de América, sus territorios o posesiones. La emisión de esta Apostilla se puede verificar en la dirección siguiente: www.sos.state.co.us/auth

**Este certificado no constituye una Apostilla en virtud del Convenio de La Haya de 5 de octubre de 1961 cuando se presenta en un país que no es parte del Convenio. En estos casos, el certificado debe ser presentado a la sección consular de la misión que representa a ese país.**

06/29/2018 12:55 PM
City & County of Denver

R $18.00   CTF
D $50.00   Page:1 of 2

*Claire*

**COPY CERTIFICATION**

State of _Colorado_

County of _Denver_ } ss.

On this the _29_ day of _June_ _2018_, I certify that the attached
Day       Month      Year

or preceding document of _10_ pages is a true, exact, complete and unaltered copy of

_Appointment of Public Minister_

Description of Original Document

presented to me by

_Venita L. Vizir_

Original Document's Custodian on Above Date

and that, to the best of my knowledge, the original
document is neither a public record nor a publicly
recordable instrument, certified copies of which
are available from an official source other than a
Notary Public.

**– OR –**

☐ an official notarial record in my possession.

_____ Notary Public

Signature of Notary Public

_Jan Crespo_ _07/06/202_

Notary's Name Printed/Typed      Appointment
                                    Expiration Date

JAN CRESPO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164025583
MY COMMISSION EXPIRES JULY 06, 2020

Place Notary Seal/Stamp Above

--- **OPTIONAL** ---

Though this section is optional, completing this information can deter alteration of the document or fraudulent
reattachment of this form to an unintended document.

**Further Description of Attached Document**

Address Where Original is Kept: _____

Original Document Date: _____

Signer(s) or Issuing Agency: _____ Copy Kept by Notary? ☐ Yes ☐ No

**Capacity Claimed by Custodian**

☐ Individual
☐ Corporate Officer — Title: _____
☐ University or School Officer — Title: _____
☐ Governmental Officer or Agent — Title: _____
☐ Business Proprietor or Manager
☐ Attorney
☐ Trustee
☐ Other: _____

Custodian Is Representing: _____

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #15922

*Claire*



In the United States District Court
For the District of Colorado

2016014451
Page: 1 of 8
CASE NO. 17.Cr.00047.Rm

02/05/2016 12:41 PM
City & County of Denver     R $41.00     MIS
D $0.00

United States of America
Plaintiff

Anthony Daniels
Defendant



# A PRIORI NOTICE OF
## APPOINTMENT OF PUBLIC MINISTER
### For
### The united States of America
### 1789 A.D. as Amended 1791 A.D.

DENVER COUNTY )
STATE OF COLORADO ) Scilicet
united States of America )

III
III
III
III
III

Declaration of Mission Statement
By Foreign Neutral under
International Law and the
Absolute Laws of the Living
Father, YHWH.

Know all men by these presents: Anthoan-Deon: Daniels family hereby provides notice to the WORLD of his appointment of Public Minister on behalf of the Original Judicial venue and jurisdiction, The united States of America, A.D. 1789, as amended A.D. 1791.

The term "Public Minister" means: Public Ministers take rank among themselves; in each class, according to the dates of the official notification of the arrival at the tribunal:

(a) Public Minister is a representative of a Judicial Jurisdiction; a Public Minister is a representative of one judicial jurisdiction to a judicial jurisdiction of a foreign authority or power.

(b) Ministerial Power of Duty; are powers given for the good, not of the donee himself exclusively, or of the donee himself necessarily at all, but for the good of several parties, including or not including the donee also. They are so called because the donee of them is as a minister or servant in his exercise of them. The power and duty of the Public Minister rests upon the Law of nations as well as upon treaties, and the primary duty of the Public Minister is the protection of interest of his countrymen.

(c) Public Ministers' protection of interest of parties of judicial jurisdiction represented; Public ministers are bound to see that the laws of the jurisdiction of the unknown or foreign authority wherein they officiate are properly administered so as to protect the interest of their nationals, and their official character as Public Minister must be taken as sufficient evidence of authority to perform all those acts that customarily are entrusted to Public Ministers for performance. The authority of a Public Minister to protect estate rights of his countrymen within his judicial jurisdiction from loss or waste is recognized by all civilized nations as inherent in the office of Public Minister under the accepted principles of international law, and the tribunals have consistently given recognition to the power of a Public Minister of a judicial jurisdiction foreign to the jurisdiction of Public Minister of

Mahmad

Ambassador Dante S-EU

*A judicial jurisdiction foreign to the jurisdiction of the tribunal to assert or defend the property rights as well as the personal rights of his nationals irrespective of whether or not he has been accorded the right to represent them in tribunal by provision or treaty or otherwise. Even in the absence of specific authorization to act as the personal agent of his nationals, and in the absence of a treaty, a Public Minister duly, recognized, has under the principles of international law the authority and the privilege to represent his fellow countrymen in the tribunals of state. A Public Minister is authorized to assert claims on behalf of his nationals, even where the claimants are unknown. However, he must have specific authority before he can obtain actual restitution on proceeds.*

*(d) Immunity of Public Ministers: The rule that tribunals have no jurisdiction over a foreign sovereign extends also to its Public Ministers Public Law 94-583, Oct. 21, 1976 Stat. 2891 [codified in Title 28 U.S.C. § 1602 et seq.], and Public Law 1970, 1 Stat. At L. 117, ch.9 [codified in 22 U.S.C. § 252], it is provided that whenever any writ or process is sued out or prosecuted by a person in any tribunal of the United States or of a judge or justice whereby the person of any Public Minister of a foreign jurisdiction, or any domestic or domestic servant of any such minister is arrested or imprisoned or his goods or chattels are detained, seized, or attached, such writ or process shall be deemed void. It is also provided that whenever a writ or process is sued out in violation of this prohibition, every person by whom the same is obtained or prosecuted, whether as a party or by attorney or as solicitor, and every officer served in executing it, shall be deemed a violation of the laws of nations and a disturber of the public repose, shall be subject to the penalty provided by law. See Pub. L. 1948, ch.645, 62 Stat. 688 [codified in Title 18 U.S.C. § 112] and Pub. L. 1871, ch.22, § 17 Stat. 15.; [codified in U.S.C 42 § 1986 ].*

*Inclusio unius est exclusio alterius*

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

*"Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservation set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely true, correct, certain, and complete, according to the principles of International Law and the Laws of the Kingdom and Commonwealth aforesaid, so help me Almighty Power of the Powers, YHWH.*



# IN THE KINGDOM OF THE POWER OF POWERS
## ON THE SOIL IN AMERICA

| | | |
|---|---|---|
| DENVER COUNTY | ) | III |
| COLORADO STATE | ) Scilicet | III |
| united State of America | ) | III |
| | | III |
| | | III |
| | | III |
| | | III |

Declaration of Mission Statement by Foreign Neutral under the Absolute Laws of the Living Father

## KNOW THE PEOPLE BY THESE PRESENTS, GREETINGS:

**KNOW ALL MEN BY THESE PRESENTS:** Under the authority of Declaration, for The Trust Written and Recorded at Chapter 9 verse 15 through 21. and at Chapter 8, verses 7 through 13, Book of the Hebrews, the undersigned__ Anthony-Deon: Daniels Affiant, Declarant, and Trustee of said Total Trust, accepts and succeeds the appointment and Office of "Trustee", Droit Droit Dominium Jura in re, as "Foreign Neutral", therefore the Kingdom of the Power of Powers, sending state, for the United States of America and territories or insular possession, receiving state, as a Neutral      In itinere, ab initic _2 - 29 - 68_ recognized by the receiving state under authority To Wit :

- The Ancient Scriptures.
- The 1814 Treaty of Ghent.
- The Convention of the Hage, 5th October, 1961.
- Vienna Convention, 18th April, 1961, U.N.T.S. Nos. 7310-7312 vol. 500, pp. 95-239.
- The Ordinance of the Territory North and West of the River Ohio, 1 Stat, 51, 52 July 13th, 1787.
- International Organization Immunities Act, 9th December, 1945
- The Vienna Convention on the Law of Treaties-United Nations Document A/Conference 39/27 (1969), 63 A.J.I.L. 875 (1969) at Article 2, §§ I (a), (b) and (d), and Article II for "Limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189.
- The Convention on Rights and Duties of States, 49 Sat. 3097, T.S. 881, 165 L.N.T.S. 19, 3 Bevans 145, done at Montevido Uruguay.
- 26 December, 1934 @ Article 2-3 id est. "sovereign ecclesiastical State."
- Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions, concluded 5th October, 1961, #11, et. Seq., Conflict of Law (1993).
- Vienna Convention on Consular Relations and Optional Protocols, Vienna 24th April, 1963, U.N.T.S. Numbers 8638-8640 vol. 596, pp. 262-512.
- Vienna Convention on the Laws of Treaties, signed at Vienna 23rd May, 1969, U.N.T.S., Entry into Force : January, 1980.

Primary duties are: Keep the Commandment Laws of the Living Father and, secondarily, perpetuate the Testator's Will and Living Trust, in violate.

Secondary duties include: Establish and maintain the "mission" and "mission post" for and on behalf of the "mission head" in representative capacity and provide for the maintenance and good order of the families, staff, and other public servants there unto belonging: with absolute respect for and utmost integrity of testator's Living Will and Trust, in abstentia.

"Domicile" is established by virtue of Chapter nineteen (19) verse five (5), the Book of Exodus, and legal estate thereof with absolute allegiance and fidelity, excluding all others.

Any and all family and friends domiciled with the Foreign Neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" aforesaid. Affiant-Trustee acknowledges that as Trustee and Individually, He/She is neither a citizen, nor a subject of the receiving state by imprescription and the term "imprescribtibility" is operative herein duly recognized in the cases of _Rabang v. I.N.S._ (CA9 1994), 35 F.3d 1449 @n4, of _United States vs. Wong Kim Ank_, 169 U.S. 649, 18 S.Ct. 456, 483, 42 L. Ed. 890 (1898), of _Udny vs. Udny_, L.R. 1 H.L. Sc. 457.

Trustee-Affiant is not a "Legal entity" created by, for, nor on behalf of any other person, group, association, nor corporation for political or commercial purpose and is not a surety therefore, nor assumes culpability on behalf as "civiliter mortuus," to the receiving state aforesaid.

## _Inclusio unius est exclusio alterius_
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially, authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservations above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely True, correct, certain, and complete, according to the Laws of the Kingdom and Commonwealth aforesaid, so help me Almighty Power of Powers.

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, change d' affaires, and other correspondences appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of Trustee-Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose."

Done so this 25 day of July A.D. 2011

Foreign Neutral:

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, charge d'affaires, and other correspondence appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of the Trustee's—Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" or "purpose".

| | In the _Book of:_ | II Corinthians _Chapter:_ | 13 | _Verse:_ | 1 |
| | | Matthew | 13 | | 16 |
| As they quote the _Book of:_ | | Hebrews | 10 | | 28 |
| | | Deuteronomy | 17 | | 6 |
| | | Deuteronomy | 19 | | 15 |

_"In the mouth of two or three witnesses shall every word be established."_

| | | | |
|---|---|---|---|
| Witness signature | _Day_ | _Month_ | _Year_ |
| Witness signature | _Day_ | _Month_ | _Year_ |
| Witness signature | _Day_ | _Month_ | _Year_ |

## Acknowledgement

I, _Anthony-Deon: Daniels_ sui juris, affirm and acknowledge in the interest of justice, that the foregoing is true, correct, and complete, and not meant to mislead, signed under penalty of law, of the Almighty Power of Powers, YHWH, by My Hand and Seal:

SIGNED AND SWORN To By Me this _____ day of _____ A.D. 20____

Without Prejudice

L.S. Anthony - Deon: Daniels

Official Authorization and Private Seal:
_Anthony-Deon: Daniels_ Public Minister

SUBSCRIBED and AFFIRMED before Me, a Notary Public residing
In ___Arapahoe___ County, The State of ___Colorado___.
The above Signatory with His affixed Signature hereto, represented by Attorney in Fact
_Anthony-Deon: Daniels_ the _14_ day of _Sept_
A.D. 20_11_.

Notary Public Signature
My Commission Expires: ___2/10/14___

Notary Seal:

DANIEL SUK
Notary Public
State of Colorado

*Maine b*

*L.S.* Anthony-Deon: Daniels
*Authorized and Private Seal:*
Anthony-Deon: Daniels *Trustee, but not Individually*
32 Lansing Street
Aurora, [80010]
*Colorado Republic*

---

*In the Book of 2 Corinthians, Chapter 13, verse 1:*
*"In the mouth of two or three witnesses shall every word be established."*

ucc 1-207 Aaron-Lee: Coleman  13th  10th  2011
**Witness signature**     Day    Month   Year

Bob Maurice ucc 1-207  13th  10  2011
**Witness signature**     Day    Month   Year

---

**Witness signature**     Day    Month   Year

---

## Acknowledgement

Subscribed and Affirmed before Me, a Notary Public residing in _____Arapahoe_____ County,
The State of Colorado. The above Signatory *Anthony-Deon: Daniels* © appeared,
known by Me and identified himself, affixed His Signature hereto, the __14__ day of
_____September_____, A.D. 2011.

Notary Public Signature:
My Commission Expires ___2/10/14___

DANIEL SUK
Notary Public
State of Colorado

Notary Seal

*In confirmation thereof: L.S.* Anthony-Deon: Daniels©
Anthony-Deon: Daniels
*Trustee, but not Individually*

## COLORADO SECRETARY OF STATE
Many services are available FREE online!
Please visit our website, www.sos.state.co.us, and select "Business".
Payment is required with request.

## REQUEST FOR BUSINESS ORGANIZATION SERVICES

Entity Name / Trademark _____

_____ Entity ID or Document Number (if known) _____ *(Exact name to be researched)*

Date of Formation / Registration _____

Jurisdiction (if applicable) _____

Indicate standard of service requested   ☐ Regular   **OR**   ☒ Expedite (add $10 to the regular fee)

**For $5.00:** Select one or more (up to 5) of the following. The total fee will be $5.00 for regular service or $15.00 for expedited service. If ordering more than five (5) items, the fee will be $25.00 ($35.00 for expedited service).

☐ Certificate of Good Standing
☐ Certificate of Fact of Incorporation, Existence, or Organization
☐ Certificate of Fact – other (indicate type): _____
*(Specify the fact to be certified in the certificate)*
☐ Certified copy, specific document(s) _____
*(For copies of all documents, see below)*   *(List specific document numbers)*

**For $25.00:** Select one or more of the following plus any number of the above orders. The total fee will be $25.00 for regular service or $35.00 for expedited service.

☐ Certificate of Good Standing – Long form
☐ Certificate of Fact of No Record (purged history search required)
☒ Certified copies of all documents
☐ Search of records not electronically accessible
☐ Rebuild record *(Information will be added to the electronic records.)*
Supporting information: _____

**Apostilles** (No additional charge)

☒ Apostilles for the documents ordered above are requested for: Barbados _____
*(Country)*

## REQUESTING PARTY

Name   Anthony-Deon:Daniels _____   Phone _____

Address 32 Lansing St _____   City Aurora _____   State CO   ZIP 80010

☒ Mail    ☐ Pick up    Fed Ex/UPS Account Number _____

Prepaid Account Number _____   Job Number _____

*Maimo*

In Common Law, Original Jurisdiction of the Land
the united States of America and Colorado State Republic

Common Law Administrative Procedures and Remedies
to the Constitution of the united States of America
of Turtle Island, Amendment VII "Suits In Common Law"

From: Anthony-deon: Daniels EL
10700 E. Dartmouth Ave. PP309
Denver,     Colorado State Republic [80014]
c/o F.C.I. Englewood Prison
B.O.P. # 44149-013
9595 W. Quincy Avenue
Littleton, Colorado State Republic [80123]

To: Provost Marshall
7227 Christie Street
Fort Carson, Colorado State Republic [80913]

Case No. 1:17-CR-00047-RM-1

17-1380

Declaration and Request for
Issuance of a Common Law
Writ of Execution,
Act of State

I, *Anthony-deon Family of Daniels* in propria persona, Sui juris, the Living
Flesh and Blood Man Upon the Earth, an American and Colorado State Republic Citizen, a
States Zone Citizen, NOT a federal zoned citizen, or a resident alien of the federally
zoned jurisdiction District of Columbia (D.C.), or the Ten (10) square miles surrounding,
and Executor, Creditor, and Sole Foreign Beneficiary Equity Title Holder of the Cestui
que trust known as: *Anthony Deon Daniels* SS# xxx-xx-2323 under the Act of State
(Doctrine) with Full Faith And Credit Clause of the united States of America Constitution
(Art. IV, Sec. 1), with the Secretary of State of the Republic State of Colorado with
Full Apostille Authentication, hereby Assert My Declaration of Human Rights and Demand as
the Executor of the above stated TRUST, that you are hereby NOTICED to CEASE and DESIST
ALL ACTIONS Against the Living Flesh and Blood Man and the Cestui que trust and Further
Ordered to Release said Surety form your Corporate Private Debtor(s) Prison IMMEDIATELY
(Federal Correctional Institution Englewood Prison, 9595 W. Quincy Avenue, Littleton,
Colorado State Republic [80123]).
As of this 11 day of March , 2019 A.D., this Private Corporate Commercial
Claim No. 1:17-CR-00047-RM-1, 17-1380 , has been Accepted For Value and
Paid in FULL through the TRUST Account by the Trustee, Secretary Of Treasury, at the IRS
Technical Support Division d/b/a, Treasury UCC Contract Trust, Internal Revenue Service,
1500 Pennsylvania Avenue, N.W., Washington, District of Columbia (D.C.) [20220] Respon-
dent/Fiduciary.
Immunity of Public Ministers: The Rule that tribunals have no jurisdiction over Fore-
ign Independent Private Republic Citizen, also extends to its Public Ministers Public Law
94-583, Oct. 21, 1976 A.D., Stat. 2891 [codified in Corporations Private Codes and Statu-
tes Title 28 U.S.C. §1602 et. seq.]; and Public Law 1970, 1 Stat. At L. 117, ch. 9 [codi-
fied in Corporations Private Codes and Statutes Title 22 U.S.C. §252]; it is provided
that whenever any writ or process is sued out or prosecuted by a person in any tribunal
of the united States or of a judge or justice whereby the person of any Public Minister
of a foreign jurisdiction, or any domestic or domestic servant of any such Minister is
arrested or imprisoned or his goods or chattels are detained, seized or attached, such

1

writ or process SHALL BE DEEMED VOID. It is also provided that whenever a writ or process is issued out in violation of this prohibition, every person by whom is obtained or prosecuted, whether as a party or by attorney or as solicitor, and every officer served in executing it, SHALL BE DEEMED a Violation of the Law of Nations and is disturber of public repose, SHALL BE SUBJECT to the PENALTY by Law. See: Pub. L. 1948, ch. 645, 62 Stat. 688 [codified in Corporations Private Codes and Statutes Title 28 U.S.C. '$112]; and See: Pub. L. 1871, ch. 22 $17 Stat. 15 [codified in Corporations Private Codes and Statutes Title 42 $1986].

Therefore, per Corporations Private Codes and Statutes, Rule 69, Writ of Execution applies to this case due to the fact the Judgment in Criminal Case No. *1:17-cr-00047-1, 17-1380* . has been executed per Corporations Private Codes and Statutes Title 18 U.S.C. $3621(c).

In the Corporations Private Codes and Statutes Rule of Civil Procedures Rule 52 applies in Civil and Criminal actions with equal force and effect, because Criminal is always Civil in nature. No Civil or Criminal cause of action can arise least there be a contract. See: Eads v. Marks, 249, P. 2d 257, 260.

Provided by, the Corporations Private Codes and Statutes Title 27 Code of Federal Regulations, Section 72.11 and Title 26 of Federal Regulations 403, 38(d)(1), states that ALL crimes are revenue crimes, which means that they can be satisfied with Payment and/or Discharge of Debt(s) Pursuant to the united States Bankruptcy, House Joint Resolution (HJR) 192 of June 5, 1933 and Public Law 73-10 [H.R. 7837]. "The Law MUST Provide Remedy". See: Am Jur 16A No. 619. See: Marbury v. Madison, 5 U.S. 137 (1803), Judicial Oath and Duties - There MUST BE A REMEDY where there is an injury; Boyd v. U.S., 116 U.S. 616 (1886), The court is to protect against any encroachment of Constitutionally Secured Liberties.

Furthermore, as stated above, I ACCEPT FOR VALUE ALL Corporations Private/Public Commercial Document(s) ALL Indorsed Front and Back, Judgment in a Criminal Case/Indictment in Case number(s) stated above.


### ALL RIGHTS RESERVED


Reserve the Right to Change, Amend, and/or Add to this Declaration and Request for Issuance of Common Law Writ of Execution, Act of State. Without Prejudice, Without Recourse.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL,

NOTICE TO PRINCIPAL IS NOTICE TO AGENT,

ASSIGNEES/ASSIGNORS

### SILENCE IS ACQUIESCENCE


### Affirmation

I, *Anthony-dean Family of Daniels* , In propria persona, Sui juris, Creditor, and Sole Foreign Beneficiary, Equity Title Holder, Executor of the Office of Executor of the Cestui que trust known as: *Anthony Dean Daniels* - TRUST. In Good Faith and Clean Hands affirm under God, under Oath and Strict pains and penalty of perjury pursuant to Corporations Private Codes and Statutes Title 28 U.S.C. $1746, that the foregoing is true and correct.

2

ANTHONY DEON DANIELS
In propria persona, Sui juris

v.

UNITED STATES OF AMERICA Inc.
Respondent

```
)
)
)
)
)
)
)
)
)
)
)
)
```

Case No. 1:17-cr-00047-RM-1, 17-1380

## NOTICE OF ACT OF STATE
### &
### FULL FAITH AND CREDIT CLAUSE

Re: ASSIGNMENT OF AUTHORITY

I, _Anthony-deon family of Daniels_ In propria persona, Sui Juris, Independent Private Republic Citizen, Descendants of the Republic Nation, united States of America of Turtle Island.

Under the Vienna Convention on the Law of Treaties and under Article IV of the united States Republic Constitution (Section 2 clause 1: Privileges and Immunities) under Corporations Private Codes and Statutes Title 28 U.S.C. §1738 State and Territorial Statutes and Judicial Proceedings; Full Faith and Credit. State and Territory, or Possession there to. The Records and Judicial Proceedings of ANY such State, Territory or Possession or Copies thereof, SHALL be Proved or Admitted in other Courts within the united States and its Territories and Possessions by the Attestation of the Clerk and Seal of the Court Annexed if a Seal Exists, together with a Certificate of a Judge of the Court that the said Attestation is in Proper Form. Such Acts, Records and Judicial Proceedings or Copies thereof, so Authenticated SHALL have the Same Full Faith and Credit in every Court within the united States and its Territories and Possession as they have by Law or Usage in the Courts of such State, Territory or Possession from which they are taken: I, _Anthony-deon family of Daniels_ pray for Release from your Corporate Private Debtor(s) Prison

1

Due to the Preappointed Evidence, Lack of Article III Jurisdiction (Case or Controversy) and Defect in Conviction. The Act Of State CANNOT be Questioned or Made Subject of Legal Proceedings in a Court of Law. 'Act Of State' defined: The Judicial Created Act of State doctrine Precludes the Courts of this country From Inquiring into the Validity of government acts of a Recognized Foreign Independent Private Republic Citizen Committed within its Own Territory.

This Independent Private Republic Citizen of the Republic State of Colorado and the Republic Nation, united States of America of Turtle Island makes Explicit Reservation of ALL RIGHTS Pursuant to the Current united States Articles of Diplomatic Privileges and Immunities, Article I of the Vienna Convention on Diplomatic Relations of April 18, 1961, (TIAS 7502, 23 U.S.T. 3227).

The United Nations Universal Declaration of Human Rights of December 10, 1948 A.D., Article 15 Section 1 and 2: State that Everyone has the Right to a Nationality and NO one SHALL be Arbitrarily Deprived of his Nationality nor Denied the Right to change his or her Nationality.

Under this Prayer and Prayer for Relief of Process
is Executed under Full Faith and Credit
and Act of State.

Without Prejudice, Without Recourse,
ALL RIGHTS RESERVED (MAY ADD, AMEND OR CHANGE AT ANY TIME),
SILENCE IS ACQUIESCENCE.

2



## JURAT/ACKNOWLEDGEMENT

Colorado State Republic )
                        )
County of _____ ) ss.
                        )
                        )

## Affidavit of Mailing

I, _Anthony-dean family of Wank S_ the Living, Breathing Man Upon the Land, do declare as follows:

That I am over the age of majority, and hereby **Certify** and **Affirm** that on _11_ day of _March_ , 2019 A.D., I caused and original of:

NOTICE OF ACCEPTANCE
OF TRUE BILL CASE NO.
1:17-cr-00047-RM-1, 17-1380
**BY SPECIAL APPEARANCE**

Together with attachments to be placed in a sealed envelope(s), properly addressed as follows:

IRS TECHNICAL SUPPORT DIVISION D/B/A, TREASURY UCC CONTRACT TRUST, INTERNAL REVENUE SERVICE, D/B/A, 1500 PENNSYLVANIA AVENUE, N.W., WASHINGTON, DISTRICT OF COLUMBIA [20220], VIA U.S.P.O. CERTIFIED and REGISTERED MAIL Number's: _7016 1370 0001 2875_ , _3010_ _2016 1370 0001 2835 3046_ and _____ ; and/or Assignee OFFICE OF THE CLERK OF THE ADMIRALTY UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, ALFRED A. ARROW COURTHOUSE, 901 19TH ST., ROOM A 105, Denver, Colorado State Republic [80294 ] VIA U.S.P.O. SPECIAL LEGAL MIAL, and deposited said envelopes for personal and special delivery VIA U.S.P.O. with Certified and Registered Mail, postage pre-paid in Instution Mail room at F.C.I. Englewood Littleton, Colorado America.

THEREFORE, I Certify under pains and penatly of perjury, in the nature of the Corporations Private Codes and Statutes 28 U.S.C.A. §1746 (1), that the above Declaration made by me outside the UNITED STATES FEDERAL GOVERNMENT, is true, correct, complete and certain, not miss leading, the truth, the whole truth, and nothing but the truth in accordance with my Spiritual conviction and belief. NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT. WITHOUT PREJUDICE, WITHOUT RECOURSE. SILENCE IS ACQUEIS-

GENCE. Bona fide Sincere.

_Anthony-dea Executed_ Executor of the
Office of Executor of the
Cestui que trust known as:

_Anthony-dean: Danels - C_
Creditor, and Sole Foregin
Beneficiary, Equity Title
Holder, Executor of the
Office of Executor of the
Cestui que trust known as:

By: _Anthony-dean: Executal_

By: _Anthony-dean: Danels_

Maine

# NOTICE OF AND EXPLICIT
# RESERVATION OF ALL RIGHTS

Dated _11_ day of _March_ , 2019 A.D.

To: IRS TECHNICAL DIVISION D/B/A
    TREASURY UCC CONTRACT TRUST
    INTERNAL REVENUE SERVICE
    1500 PENNSYLVANIA AVENUE, N.W.
    WASHINGTON, DISTRICT OF COLUMBIA [20220]

    UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF
Attn: CLERK OF COURT

From: Anthony-deon: Daniels
    10700 E. Dartmouth Ave. PP309
    Denver, Colorado State Republic
                 [80014]

c/o FCI Englewood Prison
    B.O.P. # 44149-013
    9595 W. Quincy Avenue
    Littleton, Colorado State Republic
                 [80123]

Re: **Letter of Rogatory — Notice of Acceptance, Without Prejudice,**
    **Without Recourse, ALL RIGHTS RESERVED. SILENCE IS ACQUIESCENCE.**

Re: **True Bill Case No.**
    **in the nature of UNITED STATES OF AMERICA Inc. vs. ANTHONY DEON DANIELS — TRUST**

                                    **Interested Third Party**
**Certified Mail No.** _7016 1370 0001 2875 3010_    **Anthony-deon: Daniels EL**

**CLERK OF COURT and/or Assignee UNITED STATES DISTRICT COURT FOR THE DISTRICT OF** _____
_Colorado_

    This **NOTICE** is by special appearance, never is my appearance **GENERAL** in nature.
**PLEASE TAKE NOTICE that I,** _Anthony-deon family of Daniels_, in Properia persona, Sui
juris, a Living Flesh and Blood Man Upon the Earth, **Reserve the Right** not to be compell-
ed to perform under any International Maritime contract or agreement that I did not ent-
er, **knowingly, voluntarily, willing, intentionally and intelligently, with full disclos-
ure and meeting of the mind.**

    Furthermore, I **Do Not Accept** the **Liability** of **Any Compelled Benefit of Any Un-revea-
led Contract or Agreement.** I, repent of my debt(s); and I request full settlement of all
account(s) in the **Private**; and **Ten (10)** days are provided for you to **Respond.** Please no-
tify all parties and govern yourself accordingly. **NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT, WITHOUT PREJUDICE, WITHOUT RECOURSE. SILENCE IS
ACQUIESCENCE.** Bona Fide Sincere.

_Anthony-deon: Executor_ Executor of the
.Office of Executor of the
    Cestui que trust known as:

_Anthony-deon: Daniels_
Creditor, and Sole Foregin
Beneficiary, Equity Title
Holder, Executor of the
Office of Executor of the
Cestuie que trust known as:

By: _Anthony-deon: Executor._

By: _Anthony-deon: Daniels-EL_

# NON-NEGOTIABLE
## "Notice of Acceptance"

Dated _11_ day of _March_ , 2019 A.D.

To: IRS TECHNICAL SUPPORT DIVISION D/B/A
    TREASURY UCC CONTRACT TRUST
    INTERNAL REVENUE SERVICE
    1500 PENNSYLVANIA AVENUE, N.W.
    WASHINGTON, DISTRICT OF COLUMBIA [20220]
    RESPONDENTS

From: Anthony-deon: Daniels EL
    10700 E. Dartmouth Ave. PP309
    Denver, Colorado State Republic
    [80014]

c/o FCI Englewood Prison
    B.O.P. #44149-013
    9595 West Quincy Ave.
    Littleton, Colorado State Republi
    [80123]

    UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
Attn: CLERK OF THE COURT , and/or Assignee,
    901 19th Street, Room A105
    Denver, Colorado State Republic [80294-3589]

Re: Letter Rogatory – **Explicit** **Reservation** of **ALL** **Rights**
Re: **TRUE BILL Case No.** Case No. 1:17-cr-00047-RM-1, 17-1380
    **in the nature of UNITED STATES OF AMERICA Inc. vs.** ANTHONY DEON DANIELS - TRUST 18PR0032
    Interest Third Party
    Anthony-deon: Daniels EL

Certified Mail No. _7616 1370 6001 2825 3010_

CLERK OF COURT and/or Assignee **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF** _____
_Colorado_

    This **Notice** is by special appearance, never is my appearance **GENERAL**
in nature. **PLEASE TAKE NOTICE** that I, _Anthony-deon: Daniels-EL_
in Propria persona, Sui juris, a Living Flesh and Blood Man Upon the Earth.
The foregoing constitute a **Private (Exempt)** Security, under seal and is non
-transferable, evidence of a "**Debt**(s) [15 U.S.C. et. seq.]. **PLEASE TAKE**
**NOTICE** that, I, _Anthony-deon: Daniels-EL_, **Full** **Accept** **For** **Value** your **Offer**
**Presentment**, quoted in "Re:", above and return for **Value** your **Offer/Prese-**
**ntment** herein. I repent **ALL** My Debt(s). I do not argue the facts.

    As for my **Acceptance** of your **Offer/presentment**, I request you perform
the following **Fiduciary** **Duties**:

    A.) I request **Settlement**, **Adjustment**, **Discharge**, and **Closure** of the
**Account(s)** in the **Private** and **Release** **The** **Order** **to** **Me** **Immediately**;

    B.) **Set-Off** and **Adjust** **ALL** **Charges** by the **Exemption** in Accordance with
UCC §3-419, 3-410, 10-104: Public Law 73-10; Public Policy - House Joint
Resolution 192 of June 5, 1933 A.D. (HJR-192). Full Faith In Credit, and
Operation of Law (**Discharge** of **ALL** **Debt(s)** **Public** **and** **Private**). Law Title
26 Subtitle A Subchapter J Part 1 Subpart E Section 674(b)(5)(b).

Claimed

C.) I request you **Release Me from this Obligation.** Ten (10) days are are provided for you to notify **ALL** related **Agencies** and **Corporations** that this **Account** has been **Settled in FULL, Set-Off** by My **Private Exemption** and **Closed Lawfully** by the **Principal Creditor. ALL CLAIMS AGAINST THE DEBTOR/ TRUST** in reguards to this **Lawful Acceptance** and **Settlement** of the **Account( s)** MUST BE RELEASED.

**Dishonor will result if you refuse to respond. NOTICE TO AGENT IS NOT- ICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT, WITHOUT PREJUD- ICE, WITHOUT RECOURSE. SILENCE IS ACQUIESCENCE. Bona Fide Sincere.**

Executor, of the
Office of Executor of the
Cestui que trust known as:

Creditor, and Sole Foregin
Beneficiary, Equity Title
Holder, Executor of the
Office of Executor of the
Cestui que trust known as:

By:

By:

## STATEMENT OF ACCOUNT

Dated _11_ day of _March_ , 2019 A.D.

To: IRS TECHNICAL SUPPORT DIVISION D/B/A
TREASURY UCC CONTRACT TRUST
INTERNAL REVENUE SERVICE
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DISTRICT OF COLUMBIA [20220]
Respondent

From: Anthony-deon: Daniels EL
10700 E. Dartmouth Ave. PP309
Denver, Colorado State Republic
[80014]

c/o FCI Englewood Prison
B.O.P. # 44149-013
9595 W. Quincy Avenue
Littleton, Colorado State Republic
[80123]

DISTRICT COURT FOR THE DISTRICT OF COLORADO
ALFRED A. ARRAJ COURTHOUSE, CLERK OF THE COURT,
Assignee/Assignor, 901 19th St., Rm. A105
Denver, Colorado State Republic [80294-3589]

Re: **Letter Rogatory - Explicit Reservation of ALL RIGHTS**

Re: TRUE BILL Case No. 1:17-CR-00047-RM-1, 17-1380
in the nature of UNITED STATE OF AMERICA Inc. v. ANTHONY DEON DANIELS - TRUST 18PR0032
Interested Third Party
Anthony-deon: Daniels EL
$300,000.00

**Balance of Charges for**

**DISCHARGE**
**with Private Exemption**                                    $300,000.00

**Ending Balance of Charges**                     -------- 0 --------

The **BALANCE SHOWN REFLECTS** My Good Faith Statement of Account for the debt(s) you claim is due on said Account. The Account Representative or designee may correct or approve the **BALANCE**. Your correction must be returned in Ten (10) days. Pursuant to IRS 9-208 and UCC 9-208, Failure to Correct and Return this **STATEMENT OF ACCOUNT** with Supporting documentation of indebtness with Ten (10) days constitutes your agreement with this **ACCOUNTING**, after which you and your co-business partners may only make a claim up to the amount this statement shows as a balance. Anything left over is to be returned to to the Account of ANTHONY DEON DANIELS    **Cestui que trust. NOTICE TO AGENT IS. NOTICE NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT. WITHOUT PREJUDICE, WITHOUT RECOURSE. SILENCE IS ACQUIESCENCE. Bona Fide Sincere.**

_Anthony-deon: Executor_
Anthony-deon: Executor of the
Office of Executor of the
Cestui que trust known as:
ANTHONY DEON DANIELS - TRUST

_Anthony-deon: Daniels EL_
Anthony-deon: Daniels EL
Creditor, and Sole Foreign
Beneficiary, Equity Title
Holder, Executor of the
Office of Executor of the
Cestui que trust known as:
ANTHONY DEON DANIELS - TRUST

By: _Anthony-deon: Executor_

By: _Anthony-deon: Daniels EL_

*Marie*

S-12

ACCEPT FOR VALUE EXEMPT FROM LEVY

/S/ Anthony Daniels - 1-2-... 2019 A.D.

Dated: 11 day of March 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

Exemption ID# 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

Deposit $250,000.00 UNITED STATES OF

CHARGE SAME ANTHONY DANIELS

SSN: 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 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

AND CREDIT $250,000.00

OF COLORADO IN ACCORDANCE WITH UNIFORM COMMERCIAL CODE 3-419, 3-104,

Public Policy - House Joint Resolution (HJR) 192 June 5, 1933 Public and Private,

Credit, and Operation of Law (Discharge of All Debt(s)

26 Subtitle A Subpart E Section 674(b)(5)(b), ALL RELATED ENDORSEMENTS

FRONT AND BACK

FILED
United States Court of Appeals
Tenth Circuit

November 28, 2018

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ANTHONY DANIELS,

    Defendant - Appellant.

No. 17-1380
(D.C. No. 1:17-CR-00047-RM-1)
(D. Colo.)

---

**ORDER AND JUDGMENT**[*]

---

Before **HOLMES**, **O'BRIEN**, and **CARSON**, Circuit Judges.

---

Anthony Daniels was indicted and went to trial on a single count of being a
felon in possession of a firearm. *See* 18 U.S.C. § 922(g)(1). During deliberations, a
juror shared extraneous information with the rest of the jury about the manner in
which her husband stored his gun. Mr. Daniels moved for a mistrial, but the district
court polled the jury, determined there was no prejudice, and denied the motion. The
court then excused the juror in question and instructed the remaining jurors to base

---

[*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore
ordered submitted without oral argument. This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and collateral
estoppel. It may be cited, however, for its persuasive value consistent with
Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                  ┐
  Anthony-Deon:Daniels
  c/o 32 Lansing St.
  Aurora  CO 80010
└                                  ┘
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| "ANTHONY DEON DANIELS" | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 32 Lansing St | Aurora | CO | 80010 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | ENS LEGIS/TRUST | PRIVATE | 142-68-032065  ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| :Daniels | Anthony-Deon | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Lansing St. | Aurora | CO | 80010 | uSA |

4. This FINANCING STATEMENT covers the following collateral:

Original UCC-1 Financing Statement filed in Colorado State-UCC-1
20112004424, dated 1/28/2011 time filed 14:20:39; this is an Informational
Filing in Lieu of Colorado Filing

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 | |

8. OPTIONAL FILER REFERENCE DATA

Secured Party Anthony-Deon:Daniels of the Daniels Family

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# FREEDOM OF INFORMATION ACT

## REQUEST OF RECORDS OR DOCUMENTS

NAME: __Anthony-deon Family of Daniels__
REGISTER NUMBER: __44149-013__
ADDRESS: __c/o FCI Englewood Prison__
CITY: __9595 W. Quincy Ave., Littleton__
STATE: __Colorado State Republic__
ZIPCODE: __[80123]__

DOB __2/29/1968__
POB __Dallas, Texas__
SS# __XXX-XX-2323__

NAME OF AGENCY: __DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL__
ADDRESS: __Attn:  WILLIAM BARR, 950 Pennsylvania Ave., N.W.__
CITY: __Washington__
STATE: __District of Columbia__
ZIPCODE: __[20534]__

TO WHOM IT MAY CONCERN:

I HEREBY REQUEST OF YOUR AGENCY THE FOLLOWING RECORDS OR
DOCUMENTS RELATIVE TO MYSELF AND THE FOLLOWING DESCRIBED
MATTERS: Requesting the Cusip Report for Case # 1:17-cr-00047 I am asking
for the identity of the party who is holding the security which was
created from the court bonds, as it is, first, a conflict of interest for
any court to profit from my incarceration but also according to law, I, as
beneficiary , Cestui que Trust and Executor of said securities, I am entitled
to 10-30% of the value of the securities. For the purpose of full disclosure
and record keeping. I submit this FOIA to you and respectfully ask that all
pertinent information be forwarded immediately.

THIS REQUEST IS BROUGHT PURSUANT TO THE FREEDOM OF INFOR-
MATION ACT, 5 U.S.C. § 552, AS AMENDED.

DATED: _____

SIGNATURE OF REQUESTER

NOTARY PUBLIC

cc:

THE CLERK, ELISABETH A. SHUMAKER    Certified Mail No.
and/or Assignee/Assignor,            7016 1470 0001 2875 3010
OFFICE OF THE CLERK OF THE ADMIRALTY
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
901 19th Street, Room A105
Denver, Colorado State Republic [80294-3589]


Provost Marshall                     Certified Mail No.
7227 Christie Street                  7016 1370 0001 2875 3027
Fort Carson, Colorado State Republic [80913]


DEPARTMENT OF JUSTICE                Certified Mail No.
OFFICE OF THE UNITED STATES          7016 1370 0001 2875 3034
ATTORNEY GENERAL THE HONORABLE
WILLIAM BARR
950 Pennsylvania Avenue, N.W.
Washington, District of Columbia [20534]


IRS TECHNICAL SUPPORT DIVISION d/b/a  Certified Mail No.
TREASURY UCC CONTRACT TRUST           7016 1370 0001 2875 3041
INTERNAL REVENUE SERVICE
1500 Pennsylvania Avenue, N.W.
Washington, District of Columbia [20220]

Claimed

FILED
U.S. DISTRICT COURT **Affidavit of Service**
DISTRICT OF COLORADO

2019 MAR 28 PM 4:20 Notice of Surrendering of Defendant

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Date: _3·22·2019_

I Venita Vigil surrender this alleged defendant: Cestui Que Vie Social Security Trust, Security/Bond, Certificate of Birth, ANTHONY DEON DANIELS # 142-68-032065;

To: Clerk of Court Jeffrey P. Colwell Esq., of the corporate ADMIALTY UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO. 901 19th Street, Denver, Colorado [80294-3589] commercial case # _1:17-cr-00047-RM-1_.

For settlement, closure and payment/discharge of the commercial case and release of the sole foreign

beneficiary, living man, American National - Anthony Deon family of Danfels as unwilling compulsory

surety, being an incarcerated prisoner at Federal Correctional Institution Englewood Colorado debtors

prison.

_____
Venita Vigil

Witness and or Notary:



# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF STATE HEALTH SERVICES
### VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF HEALTH
REC'D APR 8 1968
BUREAU OF VITAL STATISTICS

BIRTH NO. 142-68-032065

STATE OF TEXAS — CERTIFICATE OF BIRTH

| | | |
|---|---|---|
| **1. PLACE OF BIRTH** | | **USUAL RESIDENCE OF MOTHER (Where does mother live?)** |
| a. COUNTY Dallas | | a. COUNTY Dallas |
| b. CITY OR TOWN (If outside city limits, give precinct no.) Dallas | | b. CITY OR TOWN (If outside city limits, give precinct no.) Dallas |
| c. NAME OF (If not in hospital, give street address) HOSPITAL OR INSTITUTION Parkland Memorial Hospital | | c. STREET ADDRESS (If rural, give location) 3255 Kingbridge Street |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES ☒ NO ☐ | e. IS RESIDENCE INSIDE CITY LIMITS? YES ☐ NO ☒ | f. IS RESIDENCE ON A FARM? YES ☐ NO ☒ |

**CHILD**

| 3. NAME [Type or print] | (a) First Anthony | (b) Middle Deon | (c) Last Daniels | 4. DATE OF BIRTH February 29, 1968 |
|---|---|---|---|---|
| 5. SEX Male | 6a. THIS BIRTH SINGLE ☒ TWIN ☐ TRIPLET ☐ | 6b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st ☐ 2nd ☐ 3rd ☐ | | |

**FATHER**

| 7. NAME | (a) First | (b) Middle | (c) Last | 8. COLOR OR RACE |
|---|---|---|---|---|
| 9. AGE [At time of this birth] YEARS | 10. BIRTHPLACE (State or foreign country) | 11a. USUAL OCCUPATION | 11b. KIND OF BUSINESS OR INDUSTRY | |

**MOTHER**

| 12. MAIDEN NAME | (a) First Dorothy | (b) Middle Jean | (c) Last Daniels | 13. COLOR OR RACE Negro |
|---|---|---|---|---|
| 14. AGE [At time of this birth] 16 YEARS | 15. BIRTHPLACE (State or foreign country) Texas | 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child) | | |

| | a. How many OTHER children are now living? | b. How many OTHER children were born alive but are now dead? | c. How many children were born dead (fetal deaths after 20 weeks pregnancy)? 0 |
|---|---|---|---|

17. INFORMANT *Dorothy Jean Daniels*

18. I hereby certify that this child was born alive on the date stated above. 5:04 A. M.

19a. ATTENDANT'S SIGNATURE

19b. ATTENDANT AT BIRTH M.D. ☐ D.O. ☐ MIDWIFE ☐ OTHER ☐

19c. ATTENDANT'S ADDRESS Parkland Memorial Hospital

20. DATE SIGNED February 29, 1968

| 20a. REGISTRAR'S FILE NO. 3516 | 20b. DATE REC'D BY LOCAL REGISTRAR MAR 5 1968 | 20c. REGISTRAR'S SIGNATURE *Maurine Lamm* |
|---|---|---|

2016039319
Page: 3 of 5
03/30/2016 10:51 AM   R$31.00   D$0.00
City & County of Denver   AGR

MCA

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED OCT 20 2010

GERALDINE D. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND.





PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

60202
MAY 28 19
AMOUNT
**$10.85**
R2304M113109-24

1006     80294

★ M A I L ★

FROM: ANTHONY DANIELS # 44449013
9595 W QUINCY AVE
Littleton Co 80215

TO: OFF OF THE CLERK

OF THE ADM. U.S.D.C
DIS. COL 901 19th Street
Room 4105
Denver Co 80294

🔲 DATE OF DELIVERY SPECIFIED*

📶 USPS TRACKING™ INCLUDED*

💲 INSURANCE INCLUDED*

🚚 PICKUP AVAILABLE

   * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5



UNITED STATES
POSTAL SERVICE®

PS00001000014

