FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2019

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

              Platintiff

      vs.

ANTHONY DANIELS,

            Defendant.

Case Nos.17-cr-00047-RM-1
19-cv-02225-RM

---

## NOTICE OF CHALLENGE OF SUBJECT MATTER JURISDICTION

---

COMES now, by special appearance, without accepting the jurisdiction of this court, Anthony-Deon of the family Daniels, Sui Juris, Defendant-in-error, a living, breathing, flesh and blood, Sovereign Man on the land, a Moorish-American, with and claiming all of his inherent, unlimited, unalienable Rights, secured for him by the federal and state Constitutions, with his name properly spelled only in upper and lower case letters, and who hereby makes this lawful challenge of this Court's Jurisdiction. I hereby give this court notice that under Maritime Admitalty Jurisdiction, I do not believe there is any international contract in breach. If there is any such contract, I require you to produce this international contract and prove that I am a party to it and show that I am compelled to perform under it. If no such contract exist, there is no Subject Matter Jurisdiction to hear in this case.

Lacking jurisdiction, the judgmentis void and the case shall be vacated and Mr. Daniels is to be released from custody immediately.
(See memorandum of law in support attached hereto)

Respesctfully submitted,

Anthony-Deon;Daniels

In Propria Persona

All Rights Reserved without Prejudice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

Plaintiff,

Case #17-cr-00047-RM-1

#19-cv-02225-RM

vs.

ANTHONY DANIELS,

Defendant.

---

AFFIDAVIT OF JURISDICTIONAL CHALLENGE, VERIFIED NOTICE
OF OBJECTIONS TO THE UN-CONSTITUTIONAL ACTION ABSENT
PROOF OF JURISDICTION APPEARING ON THE RECORD WITH
RELIEF BEING TO DISMISS THIS BOGUS ACTION WITH PREJUDICE

---

Comes now, by special appearance, without accepting the
jurisdiction of this court Anthony-Deon    of the family Daniels
Sui Juris, Defendant in error a living, breathing, flesh
and blood, Sovereign Man on the Land, an American National,
with and claiming all of his inherent, unlimited, unalienable
rights, secured for him by the federal and state Constitutions,
with his name properly spelled only in upper and lower case
letters and who hereby makes this lawful challenge of this
Court's Jurisdiction for the following valid reasons:
1) Americans are lawfully entitled to a court of Constitutional
competence and proper jurisdiction, operating under Article 3
of the federal constitution, providing and upholding due
process of law, in which all of our constitutionally guaranteed
rights are fully upheld and the presumption of innocence governs.

2)   In order for the court to have lawful jurisdiction, there
must be two parties in proper standing and true, correct
constitutionally supported, lawfully based valid charges
presented before a lawful court.  The charges alleged against

1

the defendant are not so based, therefor the Judge, pursuant to his/her oath of office has/had no lawful jurisdiction to hear and adjudicate the unlawful charges. Absent lawful jurisdiction, proven on the record, this case must be dismissed.

3) Once jurisdiction has been challenged the Prosecution must prove lawful jurisdiction on the record. The Government/ Prosecution has failed to do so and in fact cannot do this as the charges alleged are not constitutionally compliant, specific to The Bill of Rights. Therefor the court lacks jurisdiction.

4) It is an established fact that Judge Moore      has taken an Oath of Office, an Oath to the Constitution of the United States of America. It is an irrefutable fact that Judge Moore      must abide by this Oath and the Constitutional mandates contained therein in the performance of his/her official duties, especially those before this Honorable Court. Pursuant to these Oaths Judge Moore      must uphold the following position: A) Article 6 of the Constitution of the United States of America declares that the Constitution is the supreme law of the land, thus the superceding law over all other laws, statutes, codes, rules, regulations, etc. B) Article 4 of the Constitution guarantees each state a Republican form of governement. C) A repulican form of government operates under the rule of law, not rule of men. D) The Constitution ordains three seperate and distinct branches of government each with checks and balances on the other. E) The Judicial branch of government is the only lawful forum in which Americans must be tried. F) Article 3 requires trials by jury and that all constitutionally secured rights and all due process of law must be upheld. G) Absent any of the above criteria this court does not meet the standards of a Constitutionally ordained Article 3 Court and lacks jurisdiction over defendant, an American National guaranteed all of his inherent, unalienable rights secured to him by the Constitution of which the Judge and all officers of the court are duly oath-bound.

5) On December 26, 1933 49 statute 3097 treaty series 881 (CONVEN-TION ON RIGHTS AND DUTIES OF STATES) stated congress shall re-place Statutes with International Law, placing all states under

International Law.

A) On December 09, 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations.

B) 22 CFR 92, 12-92.31 FR heading "Foreign Relationship" states that an oath is required to take office.

C) Title 8 USC 1481 stated once an oath of office is taken, citizenship is relinquished, thus you become a foreign entity, agency or state. That means every public office is a foreign State, including all political subdivision(s). (i.e.- every single court is considered a seperate foreign entity - this courts Dunn&Brandstreet Identity #103361585 )

D) Title 22 USC (Foreign Relations and Intercourse) chapter 11 all public officials as foreign agents.

E) Title 28 USC 3002 section 15(a) defines the United States as a Federal Corporation - NOT a government, including the Judiciary procedural section.

F) Federal Rules of Civil Procedure (FRCP) 4, states that the jurisdiction and immunity fall under a foreign state.

G) The 11th Amendment to the Constitution states "the judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of a foreign State." ( A foreign entity agency or state connot bring suit agains a United States citizen without abiding the following procedure.)

H) Title 22 CFR 93. 1-93.2 states that the Department of State has to be notified of any suit, and in return has to notify the United States citizen of said suit.

I) Title 28 USC 1330 states that the United States District Court has to grant permission for the suit to be pursued once the court has been supplied proof that the United States citizen is actually a: CORPORATE-ENTITY.

J) Title 28 USC 1608 - I have absolute immunity as a corporation.

K) Title 28 USC 1602-1611 - Foreign Sovereign Immunity Act allows the jurisdiction of a court to be challenged and a demand of proper jurisdiction to be stated.

3

L) July 27, 1868 15 Statute at Large, Chapter 249, Section 1 - "Acts concerning Americans in a Foreign State," expatriation is what is broken when jurisdiction is demanded and it is not met wih an answer.

M) Under the FRCP 12(b)6 the Prosecution has failed to provide adequate proof that the parties involved in this case are actually corporate entities. I have provided ample evidence that the Prosecution and other agents are actually corporations.

N) 1950 - 81st Congress investigated the Lawyers Guild and determined that the B.A.R. Association is founded and run by communists under definition. Thus any elected official that is a member of the B.A.R. will only be loyal to the B.A.R. and not to the American people.

6) Defendant in error, by special appearance challenges and demands proof of Jurisdiction, on the record, of the Prosecution/Plaintiff/ Government to file charges and prosecute this living, flesh and blood man, an American National, Sovereign on the Land. AND further show proof on the record that this court has jurisdiction in any/all action agains the Defendant in error,
of the family

A) 'Jurisdiction can be challenged at any time' and Jurisdiction, once challenged, cannot be assumed and must be decided.'
Basso v. Utah Power & Light Co. 395 F.2d 906, 910

B) "Defense of lack of Jurisdiction over the subject matter may be raised at any time, even on appeal." Hilltop Developers v. Holiday Pines Service Corp 478 so.2d 368 (Fla 2nd DCA 1985)

C) 'Once challenged, Jurisdiction cannot be assumed, it must be proved to exist.' Stuck v. Medical Examiners 94 Ca 2d 751, 211 p2d 289.

D) 'There is no discretion to ignore the lack of Jurisdiction.'
Joyce v. US 474 F2d 215.

E) 'Where Jurisdiction is contested, the burden of establishing it rest upon the Plaintiff.' (not the Court's to claim)
Loos v. American Energy, Inc., 168 Ill. App 3d 558, 522 N.E. 2d 841 (1988)

4

F) "The burden of proving jurisdiction rest upon the <u>party asserting it.'</u>  Bindell v. City of Harvey, 212 Ill, App 3d 1042, 571 N.E. 1017 (1st Dist. 1991)

G) Court must prove on record, all jurisdiction fact related to the jurisdiction asserted.  <u>Lantana v. Hopper, 102 F.2d 188; Chicago v. New York 37 Supp. 150.</u>

H) '.... However late this objection (to jurisdiction) has been made, or may be made in any cause in an inferior or appellate Court of the United States, it must be considered and decided before any court can move on further step in the cause, as any movement is necessarily the exercise of jurisdiction. <u>Rhode Island v. Massachusetts, 37 U.S. 657, 718, 9L.Ed. 1233(1838)</u>

I) 'Where a court failed to observe safeguards, it amounts to denial of Due Process of Law, court is deprived of Juris.' <u>Merrit v. Hunter, C.A. Kansas 170 F.2d 739.</u>

J) 'A universal principle as old as the law is that a proceeding of a court without jurisdiction are a nullity and it's Judgements therein without effect either on Person or Property.' <u>Norwood v. Reenfield, 34 C 329; Ex Parte Giambonini, 49 P.732.</u>

K) 'A Court has no Jurisdiction to determine`it's own Jurisdiction, for a basic issue in any case before a tribunal is it's  Power to act, and a court must have the authority to decide that question in the first instance.' <u>Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8: 331 U.S. 549, 91 K.ed, 1666m 67 S.CT. 1409.</u>

L) A departure by a court from those recognized and established requirements of law, however close apparent to mere form in of procedure which has the effect of depriving one of a constitutional right, is an excess of jurisdiction. <u>Wuest v. Wuest, 127 P2d 934, 937.</u>

M) 'A court cannot confer jurisdiction where noe existed and cannot make a void proceeding valid.  It is clear and well established law that a void order can be challenged in any court.'  <u>Old Wayne Mut. L. Assoc. v. McDonough, 204 U.S. 8,27 S.CT. 236 (1907)</u>

N) The burden shifts to the court to PROVE jurisdiction.' <u>Rosemond v. Lambert, 469 F.2d 416.</u>

O) 'Thus, where a judicial tribunal has no jurisdiction of
   subject matter on which it assumes to act, it's proceedings
   are absolutely void in the fullest sense of the term.'
   Dillion v. Dillion, 187 p.27.

P) 'When a judge acts where he or she does not have jurisdiction
   to act, the judge is engaged in an act of treason.'

7) Defendant in error, Anthony-Deon:Daniels  (non-corporate entity),
   reserving all rights at all times and places, (see UCC 1-308/
   1-207), one of the Ecclesiastical Sovereign people, a natural,
   private common man and a man of Yahweh, on the land of the
   Colorado Republic, a People/Creator/Owner/Covenant Holder, by
   birthright and adoption of the Supreme Law of the Land, the
   Declaration of Independance and subordinate to the Constitution
   for the United States of 1789 and further subordinate to the
   Constitution of 1796, is giving this Non-Judicial forum, by
   Special Appearance, this VERIFIED NOTICE AND DEMAND to dismiss
   this entire action, release the living man,                    ,
   from incarceration immediately and compensate him for damages
   for the following undisputed reason:

   A) No evidence or proof of jurisdiction by the Plaintiff/
   Government/Prosecution appears on the record that the living
   man, Anthony-Deon: Daniels  , is subject to a commercial law or
   contract or the private commercial codes of the federal
   corporation known as the UNITED STATES OF AMERICA.

8) I, Anthony-Deon: Daniels, have previously reserved all rights
   and made proper notice on the public record and directly to
   the Government and it's several agencies and the courts and do
   hereby re-assert an explicit reservation of all my rights.
   (see UCC 1-308, formerly UCC 1-207)

9) I, Anthony-Deon of the familyDanielsdo hereby claim and retain
   all of my rights and liberties at all times and in all places,
   NUNC PRO TUNC, from the time of my birth and forever more.
   Further, I retain my rights not to be compelled to perform under
   any contract or commercial agreement that I did not enter knowingly,
   voluntarily and intentionally.  Furthermore, I do not accept
   the liability of the compelled benefit of any unrevealed contract
   or commercial agreements.  I am not ever subject to silent
   contracts and have never knowingly or willingly contracted away
   my sovereignty.

6

I hereby demand proof, on the record, of jurisdiction and
and of all facts necessary to give jurisdiction.

   A) <u>Norman v. Zieber, 3 or at 202-03</u>, 'if the record does
not show upon it's face the facts necessary to give jurisdiction,
they will be presumed not to have existed.'

   B) <u>Hagans v. Lavine 415 V. 533</u>  'The law requires proof of
jurisdiction to appear on the record of the administrative
proceedings.'

10) Anthony-Deon  of the familyDaniels demands proof of jurisdiction,
appearing on the record to deny the defendant in error a remedy.

   A) <u>Von Hoffman v. City of Quincy, 71 U.S. 4 Wall. 535 (1866)</u>
<u>Pg. 71, U.S. 551</u>, 'Nothing can be more material to the
obligation than the means of enforcement.  Without the remedy,
the contract may, indeed, in the sense of the law be said not
to exist, and it's obligation to fall within the class of
those moral and social duties  which depends for their full-
fillment wholly upon the will of the individual.  The ideas
of validity and remedy are inseperable, and both are parts of
the obligation, which is guaranteed by the Constitution
against invasion.  The obligation of a contract is the law
which binds the parties to perform their agreements.

   B) <u>Ashley v. White, (1703) 92 Eng. Pep. 126 (K.B.) BLACKSTONE</u>
<u>Supra note 59 at 23.  62. 5 U.S. (Crunch) 137, 163-66 (1803)</u>
'It's a general and indisputable rule, that where there is a
legal right, there is also a legal remedy by suit or action
at law, whenever that right is invaded.... for it is a settled
and invariable principle in the law of England, that every
right, when withheld, must have a remedy and every injury
it's proper redress.' (English Tort Law)

11) Anthony-Deon    of the family Daniels demands proof of
jurisdiction, appearing on the record, to force the defendant
into involuntary servitude:

   A) <u>United States v. Kozminski, 487 U.S. 913 (1988)</u>  For the
purposes of criminal prosecution under 241 or 1584, the term
"involuntary servitude" is which the victim is forced into
physical restraint or physical injury or by the use or threat
of coercion through law or the legal process.  This definition
encompasses cases in which the defendant holds the victim

in servitude by placing him in fear of such physical
restraint or injury or legal coercion.

B) The Constitution for the United States 1789, 13th Amendment,
Section 1. Neither slavery nor involuntary servitude, except
as punishment, for crime whereof the party shall have been
duly convicted, shall exist within the United States, or any
place subject to their jurisdiction.

12) Anthony-Deon  of the family Daniels demands proof on the record
that he is a person or other legal or commercial entity.

A) UCC 1-201 General Definition (27) 'person means an individual,
corporation, business trust, estate, trust, partnership,
limited liability company, association, joint venture, agency,
or instrumentality, public corporation or any other legal or
commercial entity.

B) This word 'Person" and it's scope and bearing in the law
involving, as it does, legal fiction and also apparently
natural beings, it is difficult to understand; but it is
absolutely necessary to grasp, at whatever cost, a true and
proper understanding of the word in all the phases of it's
proper use ... A person is here not a physical or indidvidual
person, but the status or condition with which he is invested
... not an individual or physical person, but the status or
condition or character borne by condition physical person ...
The law of Persons is the law of staus or condition. "American
Law and Procedure, Vol 13. page 137, (1910)"

13) Anthony-Deon  of the family Daniels demands proof of jurisdiction
appearing on the record, to force him or other sovereigns to be
subject to statutes.  See ...

A) U.S. Supreme Court in Wilson v. Omaha Indian Tribe, 442 U.S.
667, 1979: 'In common usage the term, person, deos not include
the sovereign, and statutes employing the word are ordinarily
construed to exclude it.'

B) U.S. Suprem Court in U.S. V. Cooper, 312 U.S. 600, 604, 61
S.Ct. 742 (1941):  'Since in common usage the term person
do not include the sovereign, statutes employing that term
are ordinarily construed to exclude it.'

See also: S.Ct. in U.S. v. United Mine Workers of America, 330 U.S. 258 67 S.Ct 677 (1947) and U.S. v. Fox, 94 U.S. 315 and U.S. v. General Motors Corporation, D.C. ILL, 2 F.R.D. 528, 530 and

C) Church of Scientology v. U.S. Department of Justice, 612 F.2d 417 at 425 (1979): ' the word person in legal terminology is perceived as a general word which normally include in it's scope a variety of entities OTHER than human beings. See e.g. 1 USC (Panal) '

14) Anthony-Deon  of the family Daniels demands proof and evidence appearing on the record that I have expatriated from my birth status and have voluntarily, knowingly and intentionally, with full disclosure changed my Citizenship from an American National born on the land of the Republic of Texas   to be a United States Citizen, in accord with 2 Stat 153.

15) I, Anthony-Deon: Daniels   , am not a United States Citizen, I am an American National, of one of the several states of the Republic, and not as a State of the United States Inc.  I reject any attempted expatriation. (see 15 US Statute at Large, July 27, 1868, also known as the expatriation statute.)  Wherefor it is demanded that jurisdiction be proven in light of the following: Foreign Sovereign Immunites Act (FISA) of 1976, USC Title 28 Part 4 Chapter 97 ...

    A) Jurisdiction Immunities of Foreign States, 1604 - Immunity of a foreign state from Jurisdiction subject to existing international agreements to which the United States is party at the time of enactment of this act a foreign state shall be immune from the jurisdiction of the court of the United States and of the States except as provided in section 1605 to  1607 of this chapter.

    B) We find "The United States government is a foreign corporation with respect to a State"  (see- NY re: Merrian 36 N.E. 505 1441 S.O. 1973, 14 L.ED 287) Corpus Juris Sec. 1785 Volume 20.

    C) An appearance by a foreign state does not confer personal jurisdiction when it does not otherwise exist under 28 USC §§ 1605-1607.  28 USC § 1330(c).

9

D) DISTRICT OF COLUMBIA (the United States) created by the
Congressional Act of 1871, which states ... "the District
of Columbia which name it is hereby constituted a body
corporate for municipal purposes and may contract and be
contracted with, sue and be sued, plead and be pleaded ..."

E) "The idea prevails with some indeed it has expression in
at the bar, that we have in this country substantially
two national governments; the other to be maintained under
the constitution, with all it's restriction; the other to be
maintained by congress outside and independantly of that
instrument, by exercising such powers as other nations of
the earth are accustomed to ... I take leave to say that,
if the principles thus announced should ever receive the
sanction of a majority of this court, a radical and mishievous
change in our system will result. We will, in that event,
pass from the era of constitutional liberty guarded and pro-
tected by a written constitution into an era of Legislative
absolution. It will be an evil day for American Liberty if
the theory of a government outside the Supreme Law of the Land
find lodgement in our constitutional jurisprudence. No
higher duty rest upon this court that to exert it's full
authority to prevent all violations of the principles of the
Constitution. - Hon. Sup.Ct. Justice John Hanlin in the
case of Downes v. Bidwell, 1901.

F) Title 8, USC, Chapter 12, §1101 Definitions, (36)- The term
"State" includes the District of Columbia, Puerto Rico, Guam,
and the Vigin Islands of the United States and the Commonwealth
of the Northern Mariana Islands. At Title 28 USC (Judiciary),
Part IV (Jurisdiction and Venue), Chapter 85 (District Courts
Jurisdiction), §1332 (e) - The word "States", as used in this
section, includes the Territories, the District of Columbia,
and the Commonwealth of Puerto Rico. (I am not a citizen of
the United States, as defined. I am a national but not a
citizen of the United States. I am not a 'person' and could
never have held a "Residence" domiciled on the land in the
District of Columbia or a State of the United States and am
not an "Individual" lawfully admitted for permanent residence.
I have never been 'within the jurisdiction of the United
States. See Notice and 'Statement of Non-Residency/Residency

10

Termination By Affidavit' previously filed with this Court
and delivered to the Department of Treasur

16) Anthony-Deon of the family Daniels demand proof of jurisdiction
over him, on the record, in light of the fact he has made explicit
reservation of rights (UCC 1-308/1-207) and is a non-citizen of
the United States and provide proof of jurisdiction to change
his status or to question his 'act of state'.

A) 'an Act of State cannot be questioned or made the subject of
legal proceedings in a court of law'. Banco Nacional de Cuba
v. Sabbatino, 376 US 398; Ricand v. American Metal Co. 246 US 304;
Detjen v. Central Leather Co. 246 US 297; F. Palacia 4 Compania,
S.A. v Brush, 389 US 830 256 F. Supp, 481; 375 F. 2nd 1011; Black's
Law Dictionary 6th edition, pgs. 33-34.

17) Anthony-Deon of the family Daniels demands proof of jurisdiction,
on the record that his rights are alienable.

A) "Men are endowed by their creater Yahweh with certain
unalienable rights, Life, Liberty and the Pursuit of Happiness
and to 'secure; not granted or create these rights, governments
are instituted."

B) 'That property (or income) which a man has honestly acquired
he retains full control of .... " Bud v. People of State of
New York, 143, US 517 (1892)

18) Anthony-Deon of the family Daniels demands proof of jurisidiction,
on the record, that he is subject to a commercial contract and
triable for a commercial crime. (UCC 1-308)

A) Title 27 - Alcohol, Tobacco Products and Firearms, Chapter 1
Alcohol and Tobacco Tax and Trade Bureau. Department of the
Disposition of Seized Personal Property -- Table of Contents,
Subpart B, Definition ' CFR 27.11 :
Commercial Crimes - Any of the following types of crimes
(federal or state) offenses against the revenue laws, burglary,
counterfeiting, forgery, kidnapping, larceny, robbery, illegal
sale or possession of deadly weapons, prostitution (including
solicitin, procurring, pandering, white slavery, keeping house
of ill fame and like offense), extortion, swindling and
confidence game and attempting to commit, conspiring to commit
or compounding any of the foregoing crimes. Addiction to

11

narcotic drugs and use of marihuana will be treated as if
such were commercial crime.

19) Anthony-Deon    of the family Daniels  demands proof of
jurisdiction, on the record, that a state's Sovereignty can
be surrendered and or be taken away via the Uniform Commercial
Code or any other means, legislative or otherwise. See ...

   A)  United States v. Butler, 297 US 1, 56 S.Ct 312, 102 A.L.R.
       914, decided January 06, 1936.  Neither consent nor
       submission by the states can enlarge the powers of congress:
       none can exist except those which are granted.  The
       Sovereignty of the state essential to it's proper
       functioning under the federal Constitution cannot be
       surrendered; it cannot be taken away by any form of
       Legislation.  - United States v. Constantine, 296 US 287,
       56 S.Ct. and Ashton v. Cameron County Water Imp. District,
       No. 1 298, US 513, 531 (1936).

20) Anthony-Deon    of the family Daniels  demands proof of
jurisdiction, on the rocord, to deprive me of rights under
color of law.  See:

   A)  USC Title 18, part 1, chapter 13, 242:  Deprivation of
       rights undr color of Law:  Whoever, undr color of law,
       statute, ordinance, regulation or custom, willfully
       subject any person in any state, territory, commonwealth,
        possession or distritct to the deprivation of any rights,
       priveleges or immunities secured or protected by the
       constitution or laws of the United States, or to different
       punishment, pains or penalties, on account of such person
       being an alien or by reason of their color or race, than
       are prescribed for punishment of the citizens, shall be
       fined under this title or imprisoned not more than one year
       or both; and if bodily injury results from the acts
       committed in violation of this section or if such acts
       include the use, attempted use or threatened use of a
       dangerous weapon, explosives or fire, shall be fined under
       this title or imprisoned not more than ten years or both;
       and if death results from the acts committed in violation
       of this section or if such acts include kidnapping or an
       attempt  to kidnapping, aggravated sexual abuse or an
       atttempt to kill, shall be fined under this title or

12

imprisoned for any term of years or for life or both or
may be sentenced to death.

B) Also see - Blacks Law Dictionary, 6th Edition D.266,
ISBN 0-314-76271- X  Color of Law:  The appearance or
semblance, without the substance of legal right.  Misuse
of power, possessed by virtue of state law and made possible
only because wrongdoer is clothed with authority of state,
is action taken under color of State law.  See also -
Atkins v. Lanning, D.C. Okl, 415 F. Supp 186, 188.

21) Anthony-Deon   of the family Daniels demands proof of jurisdiction,
on the record, to conspire against the rights of this living man.

A) If two or more persons conspire to injure, oppress, threaten
or intimidate any person in any state, territory, commonwealth,
possession or District in the free exercise or enjoyment of
any right or privilege secured to him by the constitution or
laws of the United States orbecause of him so exercise the
same or if two or more persons go in disguise on the highway
or on the premises of another, with intent to prevent or
hinder is free exercise or enjoyment of any right or
privilege so secured; they shall be fined under this title
or imprisoned not more than ten years or both; and if death
results from the acts committed in violatin of this section
or if such acts include kidnapping or an attemp to kidnap,
aggravated sexual abuse or an attempt to commit aggravated
sexual abuse or an attempt to kill, they shall be fined under
this title or imprisoned for any term of years or for life
or both or may be sentenced to death.  Also ...

B) The court held in United States v. Kozminski, 487 US 931
(1988) by looking to the meaning of the thirteenth Amendment
in interpreting two enforcement statues, one prohibiting
the holding of a person in a condition of involuntary
servitude, the other prohibiting conspiracy to interfere
with the exercise or enjoyment of constitutional rights --
For purposes of prosecution under these authorities, the
court held, the term 'involuntary servitude' necessarily
means a condition of servitude in which the victim is forced
to work for the defendant by the use of threat or physical
restraint or physical injury or by use of or threat of
coercion through law or the legal process.  See also USC Title
18, part 1, Chapter 13, 241 - Conspiracy against rights.

C) Also, "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda v. Arizona, 384 US 436, 491. And "The state cannot diminish rights of the people." Hertado v. California, 110 US 516

22) Anthony-Deon  of the family Daniels  demands proof, on the record, that this Court, the Government, Prosecution, Plaintiff have jurisdiction to commit treason.

   A) 'No state legislator or executive or judicial officer can war against the Constitution without violating his oath undertaking to support it." Cooper v. Aaron, 358 US and

   B) Cohen v. Virginia 19 US 264, 404, 5 L.Ed. 257, 6 Wheat. 264 (1821) ... 'when a judge acts where he or she does not have jurisdiction to act the judge is engaged in an act of Treason. And

   C) USC Title 18, Part 1, Chapter 115, 2381 Treason: Whoever, owing allegiance to the United States levies wars against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere is guilty of treason and shall be imprisoned not less than five years or suffer death or fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

23) Anthony-Deon  of the family Daniels  demands proof, on the record, of the Oath of Office of all parties involved in this case, including but not limited to the Judges/Magistrates of this court, the acting Prosecutors/Agents of the United States of America, the Clerk of the Court and any/all other public officers/agents/officials involved in this case. I also demand proof on the record, from all the same above listed, of their jurisdiction to violate this Oath of Office.

24) Anthony-Deon  of the family Daniels demands proof, on the record, that he has given consent to anyone to govern him or his private property.

   A) AM Jur.11, 329. Constitutional Law, page 1134, 'Moreover the principles that embody the essence of constitutional liberty and security forbid all invasions, on the part of the government and it's employees, of the sanctity of a man's home and the privacies of his life.'

14

25) Anthony-Deon   of the family Daniels demands proof, on the
    record that he, the living man, is a 'legal entity' and that
    the fiction/Federal Corporation 'United States of America"
    and the fiction/UNITED STATES DISTRICT COURT FOR THE DISTRICT
    OF COLORADO, (a corporation, with D&B #103361585) have
    jurisdiction over him.
    A)  See Barker v. Dist.Court, 609 p.2d 628, 199 Colo. 416
        (Colo. 04/14/1980) which held , quoting Ivanhoe Lodge v.
        Grand Lodge.126 Colo. 515, 251 p.2d 1085 (1952) "... actions
        may be brought only by 'legal entities' and against 'legal
        entities'.  There must be some ascertainable persons,
        natural or artificial, to whom judgements are awarded and
        against whom they may be enforced."   And
    B)  Hidden Lake v. Dist.Court, 183 Colo. 168, 515 p.2d 632 (1973)
        "Fictions arise from the law and not the law from fictions."
        "Where there is truth fiction of law exist not."
    C)  The fiction know as 'ANTHONY DANIELS'  , the legal entity,
        (as denoted by the use of ALL CAPITALIZED text) with it's
        record of incorporation created on 03-05-1968  as evidenced
        by 'CERTIFICATE OF BIRTH' #142-68-032065 ' issued by
        TEXAS DEPARTMENT  ` OF HEALTH, Local No.3516  is NOT a
        living, flesh and blood man.  The living man, Anthony-Deon
        of the family Daniels is being wrongfully incarcerated in
        lieu of the proper legal entity and should hereby
        be ordered released. The fictional/legal entities, the
        UNITED STATES OF AMERICA and the UNITED STATES DISTRICT
        COURT FOR THE DISTRICT OF COLORADO may indeed have
        jurisidiction over the fictional/legal entity  ANTHONY
        DANIELS but clearly a fiction has no jurisdiction over a
        non-fiction, living man and in this truth the fiction
        (color) of law exist not.  Actions may ONLY be brought
        by legal entities (fictions) against legal entities
        (fictions) which I, Anthony-Deon of the family Daniels
        clearly am not.
26) Anthony-Deon   of the family Daniels demands proof of
    jurisidiction, on the record, to deny my or the peoples'
    Sovereignty.
    A)  Yick Wo v. Hopkins, 118 US 356 (1866) held:

15

"When we consider the nature and the theory of our insti-
tutions of government, the principles upon which they
are supposed to rest (1880 US 356, 370) and review the
history of their development, we are constrained to
conclude that they do not mean to leave from the room for
the play and action of purely personal and arbitrary power."
"... Sovereignty itself is of course, not subject to the
law, for it is the author and source of law, but in our system
while sovereign powers are delegated to the agencies of
government, Sovereignty itself remains with the people, by
whom and for whom all government exist and acts.  And the law
is the definition and limitation of power.  It is, indeed,
quite true that there must always be lodged somewhere, and in
some person or body, the authority of final decision, and in
many cases of mere administration, the responsibility is
purely political, no appeal lying except to the ultimate
tribunal of the public judgement, exercised either in the
pressure of opinion, or by means of the sufferage.  But the
fundamental rights to life, liberty and the pursuit of
happiness considered as individual possession, are secured by
those Maxims of Constitutional law which are the monuments
showing the victorious progress of the race in securing to men
the blessing of civilization under the reign of just and equal
law, so that, in the famous language of the Massachusetts
Bill of Rights, the governments of the Commonwealth, "May be
a government of laws and not of men.  For the very idea that
one man may be compelled to hold her or his life, or the means of
living, or any material right essential to the enjoyment of
life, at the mere will of another, seems to be intolerable
in any country where freedom prevails, as being the essence of
slavery itself.

27)   Anthony-Deon  of the family Daniels  demands proof on the
      record, of jurisdiction making me, the living man, a vessel
      and the property of the United States of America.

      A)   USC, Title 18, Part 1, Chapter 1:  Vessel of the United
           States defined;  The term 'vessel of the United States,
           as used in this title, means a vessel belonging in whole
           or in part to the United States, or any citizen thereof,
           or any corporation created by or under the laws of the
           United States, Territory, District or possession thereof.'

B) "In as much every government is an <u>artificial person,</u>
an abstraction, and a creature of the mind only
(a fiction), a government can only interface with other
artificial persons. The imaginary, having neither
actuality nor substance, is foreclosed from creating
attaining parity with the tangible. The legal
manifestation of this is that no government, as well as
any law, agency, aspect, court, etc; can concern itself
with anything other than corporate, artificial persons
and contracts between them." S.C.R. 1795, Penhallow v.
Doane's Administrators, 3 US 54, 1 L.ed 57, 3 dall. 54.

28) **Anthony-Deon** of the family Daniels demands proof of
jurisdiction, on the record, that a commercial entity may
sell penal bonds. See;
A) 13th Amendment, United States Constitution
B) USC Title 15, Chapter 1, Title 17 - "The labor of a
human being is not a commodity or article of commerce."
C) Palermo Protocols - United Nations 2000
D) Title 18, USC, Part 1, Chapter 77, 1590 - Trafficking
with respect to peonage, slavery, involuntary servitude
or forced labor.

29) **Anthony-Deon** of the family Daniels demands proof of
jurisdiction, on the record, that the Prosecutor/Plaintiff's
attorney and this court's Judge can hold office in the
United States. See;
A) 13th Amendment, ratified in 1819 and published in
'Military Laws of the United States' compiled and published
under the authority of the War Department, 1825, by Trueman
Cross, Washington Edward De Kraft, printer- Chapter
one, page 16, and
B) The Constitution for the United States 1789, 13th
Amendment: "If any citizen of the United States shall
accept, claim, receive, or retain any title of nobility
or honor, or shall without the consent of congress, accept
and retain any present, pension or emolument of any kind
whatsoever, from any emperor, king, prince or foreign
power, such person shall cease to be a citizen of the
United States, and shall be incapable of holding any
office of trust or profit under term, or either of them."

Since Judge Moore    is required to uphold all of these
Constitutional mandates, pursuant to oath and since Judge
Moore      has failed to uphold all aspects of due process of law
and other rights referenced herein, it is abundantly clear that
this court is not an Article III Court as ordained under the
Judicial Branch of government.  Thus, this court lacks/lacked
lawful jurisdiction to proceed with this matter and the charges
must be dismissed with prejudice.

### NOTICE OF DEMAND TO PROVE JURISDICTION

WHEREFORE, it is demanded that this court and the government/
prosecution, appearing on the record, bring it's proof and answer
to each and every one of the foregoing questions/challenges within
thirty (30) days of this filing, on a point by point basis, via
sworn affidavit, under your full liability, signing under penalty
of perjury that the facts contained therein are true, correct,
complete and not misleading.  Mere declarations are not sufficient
response, as declarations permit lying by omission and hearsay,
which no honorable draft may contain.

Be sure to include all documents and evidence supporting
your claims.  A non-response and/or failure to provide proof of
Jurisdiction, charges and demands brought against Anthony-Deon
of the family Daniels (Non-corporate, living entity), are void,
false, fraudulent and treasonous.

Failure and/or refusal to bring forth such proof of claims
will place you in Dishonor, and thus constitute an admission of
false claims, damages and injury to  Anthony-Deon: Daniels
(Non-corporate, living entity), Sui Juris and further agreement
by you to dismiss all charges with prejudice and if I am being
held, imprisoned or otherwise detained, to release me immediately.

Failure and/or refusal to bring forth such 'proof of
jurisdiction' is acquiescence, agreement that the court and the
prosecution, et.al., has no jurisdiction and all charges are
fraudulent and treasonous without objection.

18

Silence is acquiescence, agreement, dishonor. Further, Affiant
sayeth naught.

_(signature)_

**Anthony-Deon**      of the family **Daniels**    ,Sui Juris
(expressly not a citizen of the United States)


## VERIFICATION

I, **Anthony-Deon: Daniels**, occupant of **Colorado**   State, expressly
not a citizen of the United States (federal citizen) hereby verify,
under  penalty of perjury, under the laws of the United States of
America, without the United States (federal government), that the
above statement of facts and laws is true and correct, according
to the best of my current information, knowledge and belief, so
help me Yahweh, pursuant to 28 USC 1746(1).  See Supremeacy Clause;
Guarantee Clause; Tnth Amendment.

_(signature)_

**Anthony-Deon: Daniels**

# PROOF OF SERVICE

I, **Anthony-Deon: Daniels** , Sui Juris, hereby Certify under penalty
of perjury under the laws of the united States of America, without
the UNITED STATES, that I am at least 21 years of age, an occupant
of one of the several states of the united States and that I
personally served the follwoing document:

> AFFIDAVIT OF JURISDICTIONAL CHALLENGE, VERIFIED NOTICE
> OF OBJECTIONS TO THE UN_CONSTITUTIONAL ACTION ABSENT
> PROOF OF JURISDICTION APPEARING ON THE RECORD WITH
> RELIEF BEING TO DISMISS THIS BOGUS ACTION WITH PREJUDICE

by placing a true and correct copy of said document(s) in first
class US Mail to the following receipients;

Jason R. Dunn, United States Attorney
1801 California Street, Ste.1600
Denver, CO 80202

Office of the Clerk
UNITED STATES DISTRICT COURT
Alfred A. Arraj Courthouse
901 19th Street, Room A 105
Denver, CO 80294-3589

Provost Marshall
7227 Christie Street
Ft. Carson, Colorado State Republic [80913]