OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
901 19th Street, Room A 105
Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -4 2019

JEFFREY P. COLWELL
CLERK

RE: Case # 17-cr-00047-RM - ANTHONY DANIELS

To whom it may concern,

    I received a letter about my recent documents place on the docket, see copy of envelope enclosed.

    I am concerned and perplexed as to the significance of the use of the word "Terminated" as a part of my name. Would you please clarify and explain this to me?

    I look forward to your response, thank you.

Sincerely,

_____
Anthony Daniels

Anthony Daniels
44149-013
Federal Correctional Institution
9595 W. Quincy Ave.
Littleton, CO 80123

Clerk of Court
U.S. District Court
District of Colorado
901 19th Street
Room A105
Denver, CO 80294

80294-250151

